KEVIN FERRY, AS ADMINISTRATOR
OF THE ESTATE OF TYLEA HUNDLEY,

Civil Action No.: 3:20-CV-00099

            Plaintiff,

Vs.


MEAD JOHNSON & COMPANY, LLC,
MEAD JOHNSON NUTRITION COMPANY,
ABBOTT LABORATORIES, INC.,

            Defendants.

## **AMENDED COMPLAINT**

## **COUNT ONE (PRODUCTS LIABILITY AS TO MEAD JOHNSON & COMPANY, LLC AND/OR MEAD JOHNSON NUTRITION COMPANY)**

1.      On Nov. 26, 2016, Tylea Hundley (the baby) was born at Yale New Haven Hospital in New Haven, Connecticut.

2.      The baby, Tylea Hundley, was the daughter of Tomika Knight (the mother) and, Tyrese Hundley (the father).

3.      On Jan. 12, 2017, Tylea Hundley died at Yale New Haven Hospital.

4.      On March 11, 2019, the plaintiff, Kevin C. Ferry, was appointed Administrator of the Estate of Tylea Hundley, and he brings this claim pursuant to his authority as administrator.

5.      The defendant, Mead Johnson & Company, LLC and/or Mead Johnson Nutrition Company manufactures, designs, formulates, prepares, tests, provides instructions, markets, labels, packages, places into the stream of

commerce in all fifty states, including Connecticut, and sells premature infant formula products including Enfamil Human Milk Fortifier and Enfacare Powder and is a "product seller" in accordance with the Connecticut Products Liability Act (CPLA) Conn. Gen. Stat. Section 52-572m, et seq.

6.     The defendant, Abbott Laboratories, Inc. manufactures, designs, formulates, prepares, tests, provides instructions, markets, labels, packages, places into the stream of commerce in all fifty states, including Connecticut, and sells premature infant formula including Similac Special Care and is a "product seller" in accordance with the Connecticut Products Liability Act (CPLA) Conn. Gen. Stat. Section 52-572m, et seq.

7.     The baby was born extremely prematurely with a low birth weight of 355 grams and was the product of a 26-week 6-day pregnancy.

8.     The baby was placed in the Neonatal Intensive Care Unit N.I.C.U. at Yale New Haven Hospital.

9.     The baby was provided total parenteral nutrition by vein at birth and was transitioned to donor human milk beginning six days after birth.

10.    The baby did well on human breast milk and fortified human breast milk, and she advanced in weight and size with a healthy and normal brain and heart.

11.    On or about December 25, 2016, the product, Enfamil Human Milk Fortifier, was introduced to the baby and feeding of this product continued thereafter.

12.    Enfamil Human Milk Fortifier was fed to the baby on December 25, 2016, December 26, 2016, December 27, 2016, December 28, 2016, December 29, 2016, December 30, 2016, December 31, 2016, January 1, 2017, January 2, 2017, January 3, 2017, January 4, 2017, January 5, 2017, January 6, 2017, January 7, 2017, January 8, 2017 and possibly January 9, 2017.

13.    Enfamil Human Milk Fortifier was fed on December 25, 2016, December 26, 2016, December 27, 2016, December 28, 2016, with Breastmilk (donor).

14.    Enfamil Human Milk Fortifier was fed on December 29, 2016, December 30, 2016, January 1, 2017, January 2, 2017, January 3, 2017, January 4, 2017, with Breastmilk (donor) and Enfacare;

15.    Enfamil Human Milk Fortifier was fed on on December 31, 2016 with Breastmilk (from syringe), Breastmilk/Enfacare, Breastmilk/Neosure.

16.    Also January 3, 2017 Enfamil Human Milk Fortifier was fed with Breastmilk/Elecare.

17.    Enfamil Human Milk Fortifier was fed on January 5, 2017, January 6, 2017, HMF was fed with Breastmilk, Enfacare and Similac Special Care.

18.    Enfamil Human Milk Fortifier was fed on January 7, 2017, with Breastmilk and Enfacare.

19.    The product, Enfamil Human Milk Fortifier, contained only the following packaging information guidelines, instructions and warnings:

"Warning: Your baby's health depends on carefully following the instructions below.  Use only as directed by a medical professional. Improper hygiene, preparation, dilution, use or storage may result in severe harm.  Although this powder is formulated for premature infants, nutritional powders are not sterile and should not be fed to premature infants or infants who might have immune problems unless directed and supervised by your baby's doctor."

"Caution:  Regarding use in extremely low-birth-weight infants (ELBW- 1 kg or less):  Hypercalcemia has been reported in some of these infants on full enteral feeds of human milk supplemented with human milk fortifiers."

20.    A copy of the product's packaging, information, guidelines, instructions and warnings is attached and incorporated to this complaint as Exhibit A.

21.    Mead cited no medical literature or any research to guide the user for its product, Enfamil Human Milk Fortifier, nor that its product causes or significantly increases the risk of N.E.C. or death.

22.    Despite knowing that its product increases the risk of N.E.C. and death, Mead did not warn of N.E.C. or death, nor did it provide any instructions or guidance on how to avoid N.E.C. or death.

23.    On or about December 29, 2016, the product, Enfacare Powder, was introduced to the baby and feedings of this product continued thereafter.

24.    Enfacare Powder was fed to the infant possibly December 29, 2016, and definitely on December 30, 2016, December 31, 2016, January 1, 2017, January 2, 2017, January 3, 2017, January 4, 2017, January 7, 2017.

25.    Enfacare Powder was fed with Donor Breast Milk, Liquid Human Milk

Fortifier on December 30, 2016, December 31, 2016, January 1, 2017, January 2, 2017, January 3, 2017, January 4, 2017.

26.     Enfacare Powder was fed with Human Donor Breast Milk, Enfamil Human Milk Fortifier, ¾ SSC 27 on January 7, 2017.

27.     The product, Enfacare Powder, contained only the following packaging information guidelines, instructions and warnings:

> "Warning:  Your baby's health depends on carefully following the instructions below.  Use only as directed by a medical professional. Improper hygiene, preparation, dilation, use or storage may result in severe harm.  Although this powder is formulated for infants born prematurely, powdered infant formulas are not sterile and should <u>not</u> be fed to premature infants or infants who might have immune problems unless directed and supervised by your baby's doctor.  Ask your baby's doctor which formula is appropriate for your baby."

28.     A copy of the Enfacare's product information, guidelines, instructions and warnings is attached to this complaint as Exhibit B.

29.     Mead cited no medical literature or research to guide the user for its product, Enfacare Powder, nor that its product causes or significantly increases the risk of N.E.C. or death.

30.     Despite knowing that its product increases the risk of N.E.C. and death, Mead did not warn of N.E.C. or death, nor did it provide any instructions or guidance on how to avoid N.E.C. or death.

31.     On or about January 5, 2016, the product, Similac Special Care, was introduced to the baby and feedings of this product continued thereafter.

32.     Similac Special Care was given to the infant on January 5, 2017, January 6, 2017, January 7, 2017, January 8, 2017, January 9, 2017, January 10, 2017, and January 11, 2017.

33.     Similac Special Care was fed with Breastmilk, Enfamil Human Milk Fortifier, and Enfacare on January 5, 2017, January 6, 2017, January 7, 2017, January 8, 2017 (at hours 1100, 1000, 0900, 0800, 0515, 0200).

34.     Similac Special Care was fed solely on January 8, 2017 (at hours 1758, 1700, 1600, 1500), January 9, 2017, January 10, 2017, January 11, 2017.

35.     The product, Similac Special Care, contained only the following packaging information guidelines, instructions and warnings:

"Similac Special Care 20 - Precautions:

• Very low-birth-weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be initiated cautiously
• Tolerance to enteral feedings should be confirmed by initially offering small volumes of formula followed by cautious progression to higher caloric feedings
• Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
• Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician"

"Similac Special Care 24 – Precautions:

• Very low-birth weight infants are particularly susceptible to gastrointestinal complications; therefore, feeding should be

initiated cautiously
• Tolerance to enteral feedings should be confirmed by initially
offering small volumes of formula followed by cautious
progression to higher caloric feedings
• Spitting up, abdominal distention, abnormal stools or stool
patterns, excessive gastric residuals, or other signs of intestinal
dysfunction have been associated with enteral feeding before
the intestinal tract is ready to accommodate the regimen.
At the first sign of these problems, enteral feeding should be
slowed or discontinued
• Not intended for feeding low-birth-weight infants after they
reach a weight of 3600 g (approximately 8 lb) or as directed
by a physician"

"Similac Special Care 24 High Protein – Precautions:

• Very low-birth-weight infants are particularly susceptible to
gastrointestinal complications; therefore, feeding should be
initiated cautiously
• Tolerance to enteral feedings should be confirmed by initially
offering small volumes of formula followed by cautious
progression to higher caloric feedings
• Spitting up, abdominal distention, abnormal stools or stool
patterns, excessive gastric residuals, or other signs of intestinal
dysfunction have been associated with enteral feeding before
the intestinal tract is ready to accommodate the regimen.
At the first sign of these problems, enteral feeding should be
slowed or discontinued
• Not intended for feeding low-birth-weight infants after they
reach a weight of 3600 g (approximately 8 lb) or as directed
by a physician

"Similac Special Care 30 – Precautions:

• Very low-birth-weight infants are particularly susceptible to
gastrointestinal complications; therefore, feeding should be
initiated cautiously
• Use this product only after feedings of lower caloric density are
well-established. For improved tolerance, it is best to increase
caloric density slowly, by 2- to 4-Cal/fl oz increments
• Hydration status should be monitored

      • Spitting up, abdominal distention, abnormal stools or stool patterns, excessive gastric residuals, or other signs of intestinal dysfunction have been associated with enteral feeding before the intestinal tract is ready to accommodate the regimen. At the first sign of these problems, enteral feeding should be slowed or discontinued
      • Not intended for feeding low-birth-weight infants after they reach a weight of 3600 g (approximately 8 lb) or as directed by a physician"

Package warnings as follows:

"Similac Special Care Premature 20 calorie and 24 calorie and High Protein - Precaution:

- If signs of intolerance develop, slow feeding or discontinue.
- Not intended for low-birth-weight infants after they reach a weight of 3600 grams (approx.. 8 lb) or as directed by a doctor."

"Similac Special Care Premature 30 calorie – Precaution:

- Use once feeding tolerance is established
- If signs of intolerance develop, slow feeding or discontinue.
- Hydration status should be monitored
- Not intended for low-birth-weight infants after they reach a weight of 3600 grams (approx.. 8 lb) or as directed by a doctor."

30.    A copy of the product's packaging, information, guidelines, instructions and warnings is attached and incorporated to this complaint as Exhibit C.

36.    Abbott Laboratories cited the following medical literature for Similac:

"Similac Special Care 20"

1. Canfield LM, et al. *Eur J* Nutr 2003;42:1 33-141.
2. Schweigert FJ, et al. *Eur J* Nutr2004;43:39-44.
3. Patton S, et al. *Lipids* 1990;25:159-1 65.
4. Rubin LP, et al. *J Perinatol* 201 2; 32(6):418-424.
5. Mize CE, et al. *AmJ Clin Nutr* 1995;62:385-391 .

8

"Similac Special Care 24"

1. O'Connor DL, et al. *Pediatrics* 2001;108:359-371.
2. Groh-Wargo S, et al. *Pediatr Res* 2005;57:712-718.
3. Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.
4. Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.
5. Patton S, et al. *Lipids* 1990;25:159-165.
6. Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.
7. Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.

"Similac Special Care 24 High Protein"

1. Ziegler EE. *J Pediatr Gastroenterol Nutr* 2007;45:170-174.
2. Klein CJ. *J Nutr* 2002;132:1395S-1577S.
3. Kleinman RE, Greer FR (eds ). *Pediatric Nutrition*, 7th ed.
Elk Grove Village, IL: American Academy of Pediatrics; 2014:93.
4. Canadian Pediatric Society. *CMAJ* 1995;152(11):1765-1785.
5. Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.
6. Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.
7. Patton S, et al. *Lipids* 1990;25:159-165.
8. Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.
9. Mize CE, et al. *Am J Clin Nutr* 1995;62:385-391.

"Similac Special Care 30"

1. Klein CJ. *J Nutr* 2002;132:1395S-1577S.
2. Lewis J, et al. *J Invest Med* 2010;58(2):435. Abstract 283.
3. Canfield LM, et al. *Eur J Nutr* 2003;42:133-141.
4. Schweigert FJ, et al. *Eur J Nutr* 2004;43:39-44.
5. Patton S, et al. *Lipids* 1990;25:159-165.
6. Rubin LP, et al. *J Perinatol* 2012;32(6):418-424.
7. Tsang R, et al (eds). *Nutrition of the Preterm Infant:* Scientific Basis and
Practical Guidelines. Cincinnati, OH: Digital Education Publishing Inc.,
2005.

37.    None of this literature warns the user that its product causes N.E.C. or

death nor provides guidance on how to avoid N.E.C. or death while using its product.

38.    Despite knowing that its product increases the risk of N.E.C. and death,

Abbott Laboratories did not warn of N.E.C. or death, nor did it provide any instructions or guidance on how to avoid N.E.C. or death.

39.    Enfamil Human Milk Fortifier contains bovine or cow-based formula.

40.    Enfacare Powder contains bovine or cow-based formula.

41.    Similac Special Care contains bovine or cow-based formula.

42.    The cow-based formula product, Enfamil Human Milk Fortifier, is dangerous to premature infants in that it significantly increases the risk that the baby will develop Necrotizing Enterocolitis (N.E.C.).

43.    The cow-based formula product, Enfacare Powder, is dangerous to premature infants in that it significantly increases the risk that the baby will develop N.E.C.

44.    The cow-based formula product, Similac Special Care, is dangerous to premature infants in that it significantly increases the risk that the baby will develop N.E.C.

45.    The cow-based formula product, Enfamil Human Milk Fortifier, is dangerous to premature infants in that it significantly increases the risk that the baby will die.

46.    The cow-based formula product, Enfacare Powder, is dangerous to premature infants in that it significantly increases the risk that the baby will die.

47.     The cow-based formula product, Similac Special Care, is dangerous to premature infants in that it significantly increases the risk that the baby will die.

48.     The defendants, Mead Johnson & Company, LLC and/or Mead Johnson Nutrition Company failed to properly warn that their product, Enfamil Human Milk Fortifier, can significantly increase the risk that the premature infant will develop N.E.C. and/or death.

49.     The defendants, Mead Johnson & Company, LLC and/or Mead Johnson Nutrition Company failed to properly warn that their product, Enfacare Powder, can significantly increase the risk that the premature infant will develop N.E.C. and/or death.

50.     The defendant, Abbott Laboratories, Inc., failed to properly warn that its product, Similac Special Care, can significantly increase the risk that the premature infant will develop N.E.C. and/or death.

51.     The defendants, Mead Johnson & Company, LLC and/or Mead Johnson Nutrition Company's cow-based formula product did cause the baby, Tylea Hundley, to develop N.E.C., which triggered a pro-inflammatory cascade leading to epithelial barrier disruption, bacterial translocation and transmural necrosis, bowel perforation, and internal  bleeding.

52.     The defendant, Abbott Laboratories, Inc.'s cow-based formula

product did cause the baby, Tylea Hundley, to develop N.E.C., which triggered a pro-inflammatory cascade leading to epithelial barrier disruption, bacterial translocation and transmural necrosis, bowel perforation, and internal bleeding.

53.    On January 11, 2017, the baby had bloody stool.

54.    On January 11, 2017, radiographic images confirmed the diagnosis of N.E.C.

55.    On January 12, 2017, emergency bedside surgery was performed confirming severe N.E.C.

56.    During the surgery, it was determined further attempts to treat the baby would be futile and the baby died as a result of N.E.C.

57.    Prior to December of 2016, the defendant, Mead Johnson & Company, LLC were aware, or should have been aware, that its product was not safe for use, as it was used, in the premature infant, TyLea Hundley, yet they took no steps to prevent its use in such a situation.

58.    Prior to December of 2016, the defendant, Abbott Laboratories, Inc. were aware, or should have been aware, that its product was not safe for use, as it was used, in the premature infant, TyLea Hundley, yet they took no steps to prevent its use in such a situation.

59.    The defendants, Mead Johnson & Company, LLC did foresee, or should have foreseen, that its product would be used as it was in the case of TyLea

Hundley and knew or should have known, that such use would significantly increase the risk of N.E.C. and death in TyLea Hundley, yet it took no steps to prevent such use.

60.    The defendants, Abbott Laboratories, Inc. did foresee, or should have foreseen, that its product would be used as it was in the case of TyLea Hundley and knew or should have known, that such use would significantly increase the risk of N.E.C. and death in TyLea Hundley, yet it took no steps to prevent such use.

61.    The product, Enfamil Human Milk Fortifier, was not safe to be used as it was in the case of TyLea Hundley, and the defendant knew, or should have known, it was unsafe, yet it failed to instruct or warn the FDA, NICUs, hospitals, doctors and parents that its product was not safe.

62.    The product, Enfamil Human Milk Fortifier, was not safe to be used as it was in the case of TyLea Hundley and the defendant knew or should have known it was unsafe, yet it failed to provide any instructions or guidelines on when and how its product would be safe to use in a premature infant like TyLea Hundley.

63.    The product, Enfacare Powder, was not safe to be used as it was in the case of TyLea Hundley, and the defendant knew, or should have known, it was unsafe, yet it failed to instruct or warn the FDA, NICUs, hospitals, doctors and parents that its product was not safe.

64.    The product, Enfacare Powder, was not safe to be used as

it was in the case of TyLea Hundley and the defendant knew or should have known it was unsafe, yet it failed to provide any instructions or guidelines on when and how its product would be safe to use in a premature infant like TyLea Hundley.

65.    The product, Similac Special Care, was not safe to be used as it was in the case of TyLea Hundley, and the defendant knew, or should have known, it was unsafe, yet it failed to instruct or warn the FDA, NICUs, hospitals, doctors and parents that its product was not safe.

66.    The product, Similac Special Care, was not safe to be used as it was in the case of TyLea Hundley and the defendant knew or should have known it was unsafe, yet it failed to provide any instructions or guidelines on when and how its product would be safe to use in a premature infant like TyLea Hundley.

67.    The defendants, Mead Johnson & Company, LLC, have marketed and sold their products as safe and beneficial for premature infants like TyLea Hundley.

68.    The defendants, Abbott Laboratories, Inc, have marketed their products as safe and beneficial for premature infants like TyLea Hundley.

69.    The defendants, Mead Johnson & Company, LLC, have promoted its products for extremely premature infants and claim its products increases the babies weight and caloric intake and its product is more beneficial than harmful.

70.    The defendants, Abbott Laboratories, Inc. have promoted its product for extremely premature infants and claim its product increases the babies weight and

caloric intake and its product is more beneficial than harmful.

71.     Science and research have advanced in recent years confirming the dangers of the defendants, Mead Johnson & Company, LLC, cow-based product in causing N.E.C. and death in premature infants, yet the defendants' did nothing to change its product, packaging, guidelines, instructions and warnings.

72.     Science and research have advanced in recent years confirming the dangers of the defendants, Abbott Laboratories, Inc., cow-based product in causing N.E.C. and death in premature infants, yet the defendants' did nothing to change its product, packaging, guidelines, instructions and warnings.

73.     In a study published in 2007 it was reported: "The use of an exclusive HUM [Human] diet is associated with significant benefits for extremely premature infants <1m259 g BW.  The benefits include decreased NEC rates, mortality, late-onset sepsis, PDA, BPD, ventilator days, and ROP.  Importantly, while evaluating the benefits of using an exclusive HUM-based protocol, it appears that there were no feeding-related adverse outcomes.  This study demonstrates that an exclusive HUM diet provides important benefits beyond NEC." Sisk, PM, et al. *Early human milk feeding is associated with a lower risk of necrotizing enterocolitis in very low birth weight infants.* (Journal of Perinatology 2007; 27:428-433.)

74.     The recommendations and conclusions of the article were significantly

scientifically supported with the following references:

1       Llanos A, Moss M, Pinzon M, Dye T, Sinkin R, Kendeg J. Epidemiology of neonatal necrotizing enterocolitis: a population based study. Paediatri Perinat Epidemiol 2002; 16: 342.

2       Fanaroff A, Hack M, Walsh M. The NICHD neonatal research network: changes in practice and outcomes during the first 15 years. Semin Perinatol 2003; 27: 281–287.

3       Lemons J, Bauer C, Korones S, Papile L, Stoll B, Verter J et al. Very low birth weight outcomes of the National Institute of Child Health and Human Development Neonatal Research Network, January 1995 through December 1996. NICHD Neonatal Research Network. Pediatrics 2001; 107: E1.

4       Luig M, Lui K. Epidemiology of necrotizing enterocolitis – Part 1: changing regional trends in extremely premature infants over 14 years. J Paediatr Child Health 2005; 41: 169–173.

5       Guthrie S, Gordon P, Thomas V, Thorp J, Peabody J, Clark R. Necrotizing enterocolitis among neonates in the United States. J Perinatol 2003; 23: 278–285.

6       Lin P, Stoll B. Necrotizing enterocolitis. Lancet 2006; 368: 1271–1283.

7       Salhab W, Perlman J, Silver L, Broyles R. Necrotizing enterocolitis and neurodevelopmental outcome in extremely low birth weight infants. J Perinatol 2004; 24: 534–540.

8       Ladd A, Rescorla F, West K, Scherer IL, Engum S, Grosfeld J. Long-term follow-up after resection for necrotizing enterocolitis: factors affecting outcome. J Pediatr Surg 1998; 33: 967–972.

9       Walsh M, Kleigman R, Hack M. Severity of necrotizing enterocolitis: influence on outcome at 2 years of age. Pediatrics 1989; 84: 808–814.

10      Vohr BR, Wright L, Dusick A. Neurodevelopmental and functional outcomes  of extremely low birth weight infants in the National Institute of Child Health and Human Developmental Neonatal Research Network, 1993–1994. Pediatrics 2000; 105: 1216–1226.

11      Sonntag J, Grimmer I, Scholz T, Metze B, Wit J, Obladen M. Growth and neurodevelopmental outcome of very low birth weight infants with necrotizing enterocolitis. Acta Paediatr 2000; 89: 528–532.

12      Claud E, Walker W. Hypothesis: inappropriate colonization of the premature intestine can cause neonatal necrotizing enterocolitis. FASEB J 2001; 15: 1398–1403.

13      Lucas A, Cole T. Breast milk and neonatal necrotising enterocolitis. Lancet 1990; 336: 1519–1523.

14      Schanler R, Shulman R, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk versus preterm formula. Pediatrics 1999; 103: 1150–1157.

15      Schanler R, Lau C, Hurst N, O'Brian Smith E. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics 2005; 116: 400–406.

16      McGuire W, Anthony M. Donor human milk versus formula for preventing necrotising enterocolitis in preterm infants: systematic review. Arch Dis Child Fetal Neonatal Ed 2003; 88: F11–F14.

17      Lefebvre F, Ducharme M. Incidence and duration of lactation and lactational performance among mothers of lowbirth and term infants. CMAJ 1989; 140: 1159–1164.

18      Kennedy K, Tyson J. Early versus delayed initiation of progressive enteral feedings for parenterally fed low birth weight or preterm infants. Cochrane Database Syst Rev 2000; 2: CD001970.

19      Sisk P, Lovelady C, Dillard R, Gruber K. Lactation counseling for mothers of very low birth weight infants: effect on maternal anxiety and infant intake of human milk. Pediatrics 2006; 117: E67–E75.

20      Arnold LD. Recommendations for Collection, Storage, and Handling of aMother's Milk for Her Own Infant in the Hospital Setting, 3rd edn. The Human Milk Banking Association of North America Inc.: Denver, CO, 1999.

21      Bell M, Ternberg J, Feignin R. Neonatal necrotizing enterocolitis: therapeutic decisions based upon clinical staging. Ann Surg 1978; 187: 1–7.

22      Boyd C, Quigley M, Brocklehurst P. Donor breast milk versus infant formula for preterm infants: a systematic review and meta-analysis. Arch Dis Child Fetal Neonatal Ed. (Online 5 April) 2006.

23      Ronnestad A, Abrahamsen T, Medbo S, Reigstad H, Lossius K, Kaaresen P et al. Late-onset septicemia in a Norwegian National Cohort of extremely premature infants receiving very early full human milk feeding. Pediatrics 2005; 115: E269–E276.

24      Furman L, Taylor G, Minich N, Hack M. The effect of maternal milk on neonatal morbidity of very low-birth-weight infants. Arch Pediatr Adolesc Med 2003; 157: 66–71.

25      Hanson L, Korotokova M. The role of breastfeeding in prevention against neonatal infection. Semin Neonatol 2002; 7: 275–281.

26      Xanthou M. Immune protection of human milk. Biol Neonate 1998; 74: 121–133.

27      Nanthakumar N, Fusunyan R, Sanderson I, Walker A. Inflammation in the developing human intestine: a possible pathophysiologic contribution to necrotizing enterocolitis. Proc Natl Acad Sci USA 2000; 97: 6043–6048.

28      Martin R, Langa S, Reviriego C, Jiminez E, Marin M, Xaus J et al. Human milk is a source of lactic acid bacteria for the infant gut. J Pediatr 2003; 143: 754–758.

29      Martin R, Olivares M, Marin M, Fernandez L, Xaus J, Rodriquez J. Probiotic potential of 3 lactobacilli strains isolated from breast milk. J Hum Lact 2005; 21: 8–17.

30      Lonnerdal B. Nutritional and physiological significance of human milk proteins. Am J Clin Nutr 2003; 77: 1537S–1543S.

31     Bisquera J, Cooper T, Berseth CL. Impact of necrotizing enterocolitis on length of stay and hospital charges in very low birth weight infants. Pediatrics 2002; 109: 423–428.
32     Meier PP, Engstrom JM, Mingolelli SS, Miracle DJ, Keisling S. The Rush Mothers' Milk Club: breastfeeding interventions for mothers with very low birth weight infants. J Obstet Gynecol Neonatal Nurs 2004; 33: 164–174.

        75.     In another study published in 2013 it was reported: "This is the first

randomized trial in EP [Extremely Premature] infants of exclusive HM [Human Milk]

vs. PF [Preterm Formula].  The significantly shorter duration of TPN and lower rate

of surgical NEC support major changes in the strategy to nourish EP infants in the

NICU." Cristofal, E.A., et al, *Exclusive Human Milk vs Preterm formula:*

*Randomized Trial in Extremely Preterm Infants.* (J Pediatr 2013 Dec; 163(6): 1592-

1595.)

        76.     The recommendations and conclusions of the article were significantly

scientifically supported with the following references:

1.     Morales Y, Schanler RJ. Human milk and clinical outcomes in VLBW infants: how compelling is the evidence of benefit? Semin Perinatol 2007; 31:83-8.
2.     Roze J-C, Darmaun D, Boquien C-Y, Flamant C, Picaud J-C, Savagner C, et al. The apparent breastfeeding paradox in very preterm infants: relationship between breast feeding, early weight gain and neurodevelopment based on results from two cohorts, EPIPAGE and LIFT. BMJ Open 2012;2:e000834.
3.     Schanler RJ, Shulman RJ, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk vs preterm formula. Pediatrics 1999;103:1150-7.
4.     Schanler RJ. Mother's own milk, donor human milk, and preterm formulas in the feeding of extremely premature infants. J Pediatr Gastroenterol Nutr 2007;45:S175-7.
5.     Boyd CA, Quigley MA, Brocklehurst P. Donor breast milk versus infant formula for preterm infants: a systematic review and meta-analysis. Arch Dis Child Fetal Neonatal Ed 2007;92:F169-75.
6.     Quigley MA, Henderson G, Anthony MY, McGuire W. Formula milk versus

donor breast milk for feeding preterm or low birth weight infants. Cochrane Database Syst Rev 2007;17:CD002971.
7.      Schanler RJ, Lau C, Hurst NM, Smith EO. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics 2005; 116:400-6.
8.      SullivanS,SchanlerRJ,KimJH,PatelAL,TrawoegerR,Kiechl-Kohlendorfer U, et al. An exclusively human milk-based diet is asso-ciated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562-7.
9.      Terpstra FG, Rechtman DJ, Lee ML, Hoeij KV, Berg H, Van Engelenberg FA, et al. Antimicrobial and antiviral effect of high-temperature short-time (HTST) pasteurization applied to human milk. Breastfeed Med 2007;2: 27-33.
10.     Weisman LE, Stoll BJ, Kueser TJ, Rubio TT, Frank CG, Heiman HS, et al. Intravenous immune globulin prophylaxis of late-onset sepsis in premature neonates. J Pediatr 1994;125:922-30.
11.     Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc 1958;53:457-81.
12.     Lucas A, Lucas PJ, Chavin SI, Lyster RL, Baum JD. A human milk formula. Early Hum Dev 1980;4:15-21.
13.     Eidelman AI, Schanler RJ. Section on Breastfeeding Executive Committee. Breastfeeding and the use of human milk: policy statement. Pediatrics 2012;129:e827-41.
14.     US Department of Health and Human Services and The Surgeon General's Call to Action to Support Breastfeeding. http://www.surgeon general.gov/topics/breastfeeding/. 2011.


77.     In another study published in 2014, it was reported:

"Necrotizing enterocolitis (NEC) is a devastating disease of premature infants

and is associated with significant morbidity and mortality.  While the pathogenesis of

NEC remains incompletely understood, it is well established that the risk is increased

by the administration of infant formula and decreased by the administration of breast

milk." Good, Misty, et al., *Evidence Based Feeding Strategies Before and After*

*the Development of Necrotizing Enterocolitis.*  (Expert Rev Clin Immunol.  2014 July; 10

(7): 875-884.)

In that same article it was reported:        "Necrotizing enterocolitis (NEC) is the most frequent and lethal gastrointestinal disorder affecting preterm infants [1,2], and is characterized by intestinal barrier disruption leading to intestinal necrosis, multi-system organ failure and death.  NEC affects 7-12% of preterm infants weighing less than 1500 grams, and the frequency of disease appears to be either stable or rising in several studies [1-3].  The typical patient who develops NEC is a premature infant who displays a rapid progression from mild feeding intolerance to systemic sepsis, and up to 30% of infants will die from this disease [3,4]."

In that same article it was reported:        "A wide variety of feeding practices exist on how to feed the premature infant in the hopes of preventing necrotizing enterocolitis. There have been several meta-analysis reviewing the timing of administration and rate of advancement of enteral feedings in the premature infant as reviewed above, but there is no consensus on the precise feeding strategy to prevent this disease. The exclusive use of human breast milk is recommended for all premature infants and is associated with a significant decrease in the incidence of NEC [11–13]. By determining the specific ingredients in breast milk that are protective against NEC, it is our hope that this devastating disease will one day be preventable.

78.     The recommendations and conclusions of the article were significantly scientifically supported by citing to the following references:

1.      Henry MC, Moss, RL.  *Necrotizing enterocolitis.*  (Annual review of medicine. 2009; 60:111-124.),

2.      Caplan MS, Jilling T. *New concepts in necrotizing enterocolitis.*  (Current opinion in pediatrics.  2001; 13(2): 111-115.  [PubMed: 11317050],

3.      Neu, J, Walker WA.  *Necrotizing enterocolitis.*  (The New England Journal of Medicine.  2011; 364(3):255-264.)  [PubMed: 21247316].

4.      Lin PW, Stoll BJ. Necrotising enterocolitis. Lancet. 2006; 368(9543):1271–1283. [PubMed: 17027734]

5.       Kliegman RM, Walsh MC. Neonatal necrotizing enterocolitis: pathogenesis, classification, and spectrum of illness. Current problems in pediatrics. 1987; 17(4):213–288. [PubMed: 3556038]

6.      Bell MJ, Ternberg JL, Feigin RD, et al. Neonatal necrotizing enterocolitis. Therapeutic decisions based upon clinical staging. Annals of surgery. 1978; 187(1):1–7. [PubMed: 413500]

7.      Neu J. Neonatal necrotizing enterocolitis: an update. Acta paediatrica. 2005; 94(449):100–105. [PubMed: 16214774]

8.      Lee JS, Polin RA. Treatment and prevention of necrotizing enterocolitis. Seminars in neonatology: SN. 2003; 8(6):449–459. [PubMed: 15001117]

9.      Frantz ID 3rd, L'Heureux P, Engel RR, Hunt CE. Necrotizing enterocolitis. The Journal of pediatrics. 1975; 86(2):259–263. [PubMed: 803385]

10.     Vollman JH, Smith WL, Tsang RC. Necrotizing enterocolitis with recurrent hepatic portal venous gas. The Journal of pediatrics. 1976; 88(3):486–487. [PubMed: 1245964]

11*.    Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. Lancet. 1990; 336(8730): 1519–1523. Describes the strong relationship of the protective effect of breast milk on NEC. [PubMed: 1979363]

12.     Newburg DS, Walker WA. Protection of the neonate by the innate immune system of developing gut and of human milk. Pediatric research. 2007; 61(1):2–8. [PubMed: 17211132]

13**    . Meinzen-Derr J, Poindexter B, Wrage L, Morrow AL, Stoll B, Donovan EF. Role of human milk in extremely low birth weight infants' risk of necrotizing enterocolitis or death. Journal of perinatology: official journal of the California Perinatal Association. 2009; 29(1):57–62.
Demonstrated that the protective effects of breast milk on NEC are dose-dependent. [PubMed: 18716628]

14.     Schanler RJ, Lau C, Hurst NM, Smith EO. Randomized trial of donor human milk versus preterm  formula as substitutes for mothers' own milk in the feeding of extremely premature infants. Pediatrics. 2005; 116(2):400–406. [PubMed: 16061595]

15.      McGuire W, Anthony MY. Donor human milk versus formula for preventing necrotizing enterocolitis in preterm infants: systematic review. Archives of disease in childhood. Fetal and neonatal edition. 2003; 88(1):F11–14. [PubMed: 12496220]

16**.    Quigley MA, Henderson G, Anthony MY, McGuire W. Formula milk versus donor breast milk for feeding preterm or low birth weight infants. Cochrane database of systematic reviews. 2007; (4):CD002971. Meta-analysis demonstrating the strong relationship of formula feeding and increased incidence of NEC. [PubMed: 17943776]

17.    Davies DP. Adequacy of expressed breast milk for early growth of preterm infants. Archives of disease in childhood. 1977; 52(4):296–301. [PubMed: 558739]

18.    Gross SJ. Growth and biochemical response of preterm infants fed human milk or modified infant formula. The New England journal of medicine. 1983; 308(5):237–241. [PubMed: 6848932]

19.    Lucas A, Gore SM, Cole TJ, et al. Multicentre trial on feeding low birthweight infants: effects of diet on early growth. Archives of disease in childhood. 1984; 59(8):722–730. [PubMed: 6476868]

20.    Lucas A, Morley R, Cole TJ, et al. Early diet in preterm babies and developmental status in infancy. Archives of disease in childhood. 1989; 64(11):1570–1578. [PubMed: 2690739]

21.    Raiha NC, Heinonen K, Rassin DK, Gaull GE. Milk protein quantity and quality in lowbirthweight infants: I. Metabolic responses and effects on growth. Pediatrics. 1976; 57(5):659– 684. [PubMed: 7767]

22.    Schultz K, Soltesz G, Mestyan J. The metabolic consequences of human milk and formula feeding in premature infants. Acta paediatrica Scandinavica. 1980; 69(5):647–652. [PubMed: 7234386]

23.    Tyson JE, Lasky RE, Mize CE, et al. Growth, metabolic response, and development in very-lowbirth- weight infants fed banked human milk or enriched formula. I. Neonatal findings. The Journal of pediatrics. 1983; 103(1):95–104. [PubMed: 6864403]

24.    Henderson G, Anthony MY, McGuire W. Formula milk versus maternal breast milk for feeding preterm or low birth weight infants. Cochrane database of systematic reviews. 2007; (4):CD002972. [PubMed: 17943777]

25.    Cristofalo EA, Schanler RJ, Blanco CL, et al. Randomized Trial of Exclusive Human Milk versus Preterm Formula Diets in Extremely Premature Infants. The Journal of pediatrics. 2013; 163(6): 1592–1595. e1591. [PubMed: 23968744]

26.    Schanler RJ, Shulman RJ, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk versus preterm formula. Pediatrics. 1999; 103(6 Pt 1):1150–1157.  [PubMed: 10353922]

27.    Furman L, Taylor G, Minich N, Hack M. The effect of maternal milk on neonatal morbidity of very low-birth-weight infants. Archives of pediatrics & adolescent medicine. 2003; 157(1):66–71. [PubMed: 12517197]

28.    Jones JA, Ninnis JR, Hopper AO, et al. Nitrite and Nitrate Concentrations and Metabolism in Breast Milk, Infant Formula, and Parenteral Nutrition. JPEN. Journal of parenteral and enteral nutrition. 2013

29.    Petersson J, Phillipson M, Jansson EA, Patzak A, Lundberg JO, Holm L. Dietary nitrate increases gastric mucosal blood flow and mucosal defense. American journal of physiology. Gastrointestinal and liver physiology. 2007; 292(3):G718–724. [PubMed: 17082222]

30.    Nankervis CA, Giannone PJ, Reber KM. The neonatal intestinal vasculature: contributing factors to necrotizing enterocolitis. Seminars in perinatology. 2008; 32(2):83–91. [PubMed: 18346531]

31.    Nankervis CA, Reber KM, Nowicki PT. Age-dependent changes in the postnatal intestinal microcirculation. Microcirculation. 2001; 8(6):377–387. [PubMed: 11781811]

32.    Duncan C, Dougall H, Johnston P, et al. Chemical generation of nitric oxide in the mouth from the enterosalivary circulation of dietary nitrate. Nature medicine. 1995; 1(6):546–551.

33.    Kanady JA, Aruni AW, Ninnis JR, et al. Nitrate reductase activity of bacteria in saliva of term and preterm infants. Nitric oxide: biology and chemistry/official journal of the Nitric Oxide Society. 2012; 27(4):193–200. [PubMed: 22842223]

34.    Yazji, I.; Sodhi, CP.; Lee, EK., et al. Endothelial TLR4 activation impairs intestinal
microcirculatory perfusion in necrotizing enterocolitis via eNOS-NO-nitrite signaling. Proceedings of the National Academy of Sciences of the United States of America; 2013.

35.    Sodhi C, Richardson W, Gribar S, Hackam DJ. The development of animal models for the study of necrotizing enterocolitis. Disease models & mechanisms. 2008; 1(2–3):94–98. [PubMed: 19048070]

36.    Polycarpou E, Zachaki S, Tsolia M, et al. Enteral L-arginine supplementation for prevention of necrotizing enterocolitis in very low birth weight neonates: a double-blind randomized pilot study of efficacy and safety. JPEN. Journal of parenteral and enteral nutrition. 2013; 37(5):617–622. [PubMed: 23329787]

37.    Amin HJ, Zamora SA, McMillan DD, et al. Arginine supplementation prevents necrotizing enterocolitis in the premature infant. The Journal of pediatrics. 2002; 140(4):425–431. [PubMed: 12006956]

38.    Polycarpou E, Zachaki S, Tsolia M, et al. Enteral L-arginine Supplementation for Prevention of Necrotizing Enterocolitis in Very Low Birth Weight Neonates: A Double-Blind Randomized Pilot Study of Efficacy and Safety. JPEN. Journal of parenteral and enteral nutrition. 2013

39.    Rhoads JM, Argenzio RA, Chen W, et al. L-glutamine stimulates intestinal cell proliferation and activates mitogen-activated protein kinases. The American journal of physiology. 1997; 272(5 Pt 1):G943–953. [PubMed: 9176200]

40.    Poindexter BB, Ehrenkranz RA, Stoll BJ, et al. Parenteral glutamine supplementation does not reduce the risk of mortality or late-onset sepsis in extremely low birth weight infants. Pediatrics. 2004; 113(5):1209–1215. [PubMed: 15121931]

41.    Becker RM, Wu G, Galanko JA, et al. Reduced serum amino acid concentrations in infants with necrotizing enterocolitis. The Journal of pediatrics. 2000; 137(6):785–793. [PubMed: 11113834]

42.    Pawlik D, Lauterbach R, Hurkala J, Radziszewska R. The effects of enteral administration of glutamine enriched solution in very low birth weight infants on reducing the symptoms of feeding intolerance. A prospective, randomized pilot study. Medycyna wieku rozwojowego. 2012; 16(3): 205–211. [PubMed: 23378398]

43.    Moe-Byrne T, Wagner JV, McGuire W. Glutamine supplementation to prevent morbidity and mortality in preterm infants. Cochrane database of systematic reviews. 2012; 3:CD001457. [PubMed: 22419279]

44.    Newburg DS. Neonatal protection by an innate immune system of human milk consisting of oligosaccharides and glycans. Journal of animal science. 2009; 87(13 Suppl):26–34. [PubMed: 19028867]

45.    Ruiz-Palacios GM, Cervantes LE, Ramos P, Chavez-Munguia B, Newburg DS. Campylobacter jejuni binds intestinal H(O) antigen (Fuc alpha 1, 2Gal beta 1, 4GlcNAc), and fucosyloligosaccharides of human milk inhibit its binding and infection. The Journal of biological chemistry. 2003; 278(16):14112–14120. [PubMed: 12562767]

46.    Newburg DS, Ruiz-Palacios GM, Morrow AL. Human milk glycans protect infants against enteric pathogens. Annual review of nutrition. 2005; 25:37–58.

47.    Bode L. Human milk oligosaccharides: prebiotics and beyond. Nutrition reviews. 2009; 67 (Suppl 2):S183–191. [PubMed: 19906222]

48.    Weng M, Walker WA. The role of gut microbiota in programming the immune phenotype. Journal of developmental origins of health and disease. 2013; 4(3)

49**.   Jantscher-Krenn E, Zherebtsov M, Nissan C, et al. The human milk oligosaccharide disialyllacto-N-tetraose prevents necrotising enterocolitis in neonatal rats. Gut. 2012; 61(10): 1417–1425. Authors demonstrate that the specific human milk oligosaccharide disialyllacto-Ntetraose prevents experimental NEC. [PubMed: 22138535]

50.    Valenti P, Antonini G. Lactoferrin: an important host defence against microbial and viral attack. Cellular and molecular life sciences: CMLS. 2005; 62(22):2576–2587. [PubMed: 16261253]

51.    Haversen L, Ohlsson BG, Hahn-Zoric M, Hanson LA, Mattsby-Baltzer I. Lactoferrin downregulates the LPS-induced cytokine production in monocytic cells via NF-kappa B. Cellular immunology. 2002; 220(2):83–95. [PubMed: 12657243]

52.    Buccigrossi V, de Marco G, Bruzzese E, et al. Lactoferrin induces concentration-dependent functional modulation of intestinal proliferation and differentiation. Pediatric research. 2007; 61(4):410–414. [PubMed: 17515863]

53.    Sherman MP, Bennett SH, Hwang FF, Yu C. Neonatal small bowel epithelia: enhancing antibacterial defense with lactoferrin and Lactobacillus GG. Biometals: an international journal on the role of metal ions in biology, biochemistry, and medicine. 2004; 17(3):285–289.

54**.    Manzoni P, Rinaldi M, Cattani S, et al. Bovine lactoferrin supplementation for prevention of late-onset sepsis in very low-birth-weight neonates: a randomized trial. JAMA: the journal of the American Medical Association. 2009; 302(13):1421–1428. Compared bovine lactoferrin plus *Lactobacillus rhamnosus* GG versus lactoferrin alone and found a decreased incidence of NEC in the lactoferrin and *Lactobacillus rhamnosus* GG group. [PubMed: 19809023]

55.    Magnuson JS, Henry JF, Yip TT, Hutchens TW. Structural homology of human, bovine, and porcine milk lactoferrins: evidence for shared antigenic determinants. Pediatric research. 1990; 28(2):176–181. [PubMed: 1697671]

56.    Dvorak B. Milk epidermal growth factor and gut protection. The Journal of pediatrics. 2010; 156(2 Suppl):S31–35. [PubMed: 20105663]

57.    Nair RR, Warner BB, Warner BW. Role of epidermal growth factor and other growth factors in the prevention of necrotizing enterocolitis. Seminars in perinatology. 2008; 32(2):107–113. [PubMed: 18346534]

58.    Feng J, Besner GE. Heparin-binding epidermal growth factor-like growth factor promotes enterocyte migration and proliferation in neonatal rats with necrotizing enterocolitis. Journal of pediatric surgery. 2007; 42(1):214–220. [PubMed: 17208569]

59.    Sheng G, Bernabe KQ, Guo J, Warner BW. Epidermal growth factor receptor-mediated proliferation of enterocytes requires p21waf1/cip1 expression. Gastroenterology. 2006; 131(1): 153–164. [PubMed: 16831599]

60.    Pollack PF, Goda T, Colony PC, et al. Effects of enterally fed epidermal growth factor on the small and large intestine of the suckling rat. Regulatory peptides. 1987; 17(3):121–132. [PubMed: 3495822]

61.    Dvorak B, Williams CS, McWilliam DL, et al. Milk-borne epidermal growth factor modulates intestinal transforming growth factor-alpha levels in neonatal rats. Pediatric research. 2000; 47(2): 194–200. [PubMed: 10674346]

62.    Clark JA, Doelle SM, Halpern MD, et al. Intestinal barrier failure during experimental necrotizing enterocolitis: protective effect of EGF treatment. American journal of physiology. Gastrointestinal and liver physiology. 2006; 291(5):G938–949. [PubMed: 16798726]

63.    Dvorak B, Halpern MD, Holubec H, et al. Epidermal growth factor reduces the development of necrotizing enterocolitis in a neonatal rat model. American journal of physiology. Gastrointestinal and liver physiology. 2002; 282(1):G156–164. [PubMed: 11751169]

64.    Clark JA, Lane RH, Maclennan NK, et al. Epidermal growth factor reduces intestinal apoptosis in an experimental model of necrotizing enterocolitis. American journal of physiology. Gastrointestinal and liver physiology. 2005; 288(4):G755–762. [PubMed: 15528252]

65.    Yu X, Radulescu A, Zorko N, Besner GE. Heparin-binding EGF-like growth factor increases intestinal microvascular blood flow in necrotizing enterocolitis. Gastroenterology. 2009; 137(1): 221–230. [PubMed: 19361505]

66**.    Dvorak B, Khailova L, Clark JA, et al. Comparison of epidermal growth factor and heparinbinding epidermal growth factor-like growth factor for prevention of experimental necrotizing enterocolitis. Journal of pediatric gastroenterology and nutrition. 2008; 47(1):11–18. Provides side by side comparison of two potential therapeutics for NEC and determines efficacy of each. [PubMed: 18607263]

67.    Morgan J, Bombell S, McGuire W. Early trophic feeding versus enteral fasting for very preterm or very low birth weight infants. Cochrane database of systematic reviews. 2013; 3:CD000504. [PubMed: 23543508]

68.    McClure RJ, Newell SJ. Randomised controlled study of clinical outcome following trophic feeding. Archives of disease in childhood. Fetal and neonatal edition. 2000; 82(1):F29–33. [PubMed: 10634838]

69.    Sallakh-Niknezhad A, Bashar-Hashemi F, Satarzadeh N, Ghojazadeh M, Sahnazarli G. Early versus Late Trophic Feeding in Very Low Birth Weight Preterm Infants. Iranian journal of pediatrics. 2012; 22(2):171–176. [PubMed: 23056882]

70.    Berseth CL, Bisquera JA, Paje VU. Prolonging small feeding volumes early in life decreases the incidence of necrotizing enterocolitis in very low birth weight infants. Pediatrics. 2003; 111(3):  529–534. [PubMed: 12612232]

71.    Morgan J, Young L, McGuire W. Slow advancement of enteral feed volumes to prevent necrotising enterocolitis in very low birth weight infants. Cochrane database of systematic reviews. 2013; 3:CD001241. [PubMed: 23543511]

72.    Rayyis SF, Ambalavanan N, Wright L, Carlo WA. Randomized trial of "slow" versus "fast" feed advancements on the incidence of necrotizing enterocolitis in very low birth weight infants. The Journal of pediatrics. 1999; 134(3):293–297. [PubMed: 10064664]

73.    Caple J, Armentrout D, Huseby V, et al. Randomized, controlled trial of slow versus rapid feeding volume advancement in preterm infants. Pediatrics. 2004; 114(6):1597–1600. [PubMed: 15574620]

74.    Salhotra A, Ramji S. Slow versus fast enteral feed advancement in very low birth weight infants: a randomized control trial. Indian pediatrics. 2004; 41(5):435–441. [PubMed: 15181294]

75.    Krishnamurthy S, Gupta P, Debnath S, Gomber S. Slow versus rapid enteral feeding advancement in preterm newborn infants 1000–1499 g: a randomized controlled trial. Acta paediatrica. 2010; 99(1):42–46. [PubMed: 20002013]

76.    Karagol BS, Zenciroglu A, Okumus N, Polin RA. Randomized controlled trial of slow vs rapid enteral feeding advancements on the clinical outcomes of preterm infants with birth weight 750– 1250 g. JPEN. Journal of parenteral and enteral nutrition. 2013; 37(2):223–228. [PubMed: 22664861]

77.    Maas C, Mitt S, Full A, et al. A historic cohort study on accelerated advancement of enteral feeding volumes in very premature infants. Neonatology. 2013; 103(1):67–73. [PubMed: 23095283]

78.     Stephens BE, Walden RV, Gargus RA, et al. First-week protein and energy intakes are associated with 18-month developmental outcomes in extremely low birth weight infants. Pediatrics. 2009; 123(5):1337–1343. [PubMed: 19403500]

79      . Kuschel CA, Harding JE. Multicomponent fortified human milk for promoting growth in preterm infants. Cochrane database of systematic reviews. 2004; (1):CD000343. [PubMed: 14973953]

80.     Thoene M, Hanson C, Lyden E, Dugick L, Ruybal L, Anderson-Berry A. Comparison of the effect of two human milk fortifiers on clinical outcomes in premature infants. Nutrients. 2014; 6(1):261– 275. [PubMed: 24394538]

81.     FAO/WHO. Report of a Joint FAO/WHO Working Group on Drafting Guidelines for the Evaluation of Probiotics in Food. London, Ontario, Canada: 2002. Guidelines for the Evaluation of Probiotics in Food.

82.     Indian Council of Medical Research Task F, Co-ordinating Unit I, Co-ordinating Unit DBT. ICMR-DBT guidelines for evaluation of probiotics in food. The Indian journal of medical research. 2011; 134:22–25. [PubMed: 21808130]

83.     Lin HC, Su BH, Chen AC, et al. Oral probiotics reduce the incidence and severity of necrotizing enterocolitis in very low birth weight infants. Pediatrics. 2005; 115(1):1–4. [PubMed: 15629973]

84.     Dani C, Biadaioli R, Bertini G, Martelli E, Rubaltelli FF. Probiotics feeding in prevention of urinary tract infection, bacterial sepsis and necrotizing enterocolitis in preterm infants. A prospective double-blind study. Biology of the neonate. 2002; 82(2):103–108. [PubMed: 12169832]

85.     Li D, Rosito G, Slagle T. Probiotics for the prevention of necrotizing enterocolitis in neonates: an 8-year retrospective cohort study. Journal of clinical pharmacy and therapeutics. 2013

86.     Bin-Nun A, Bromiker R, Wilschanski M, et al. Oral probiotics prevent necrotizing enterocolitis in very low birth weight neonates. The Journal of pediatrics. 2005; 147(2):192–196. [PubMed: 16126048]

87.     Alfaleh K, Anabrees J, Bassler D, Al-Kharfi T. Probiotics for prevention of necrotizing enterocolitis in preterm infants. Cochrane database of systematic reviews. 2011; (3):CD005496. [PubMed: 21412889]

88.     Wang Q, Dong J, Zhu Y. Probiotic supplement reduces risk of necrotizing enterocolitis and mortality in preterm very low-birth-weight infants: an updated meta-analysis of 20 randomized, controlled trials. Journal of pediatric surgery. 2012; 47(1):241–248. [PubMed: 22244424]

89.     Manzoni P, Mostert M, Leonessa ML, et al. Oral supplementation with Lactobacillus casei subspecies rhamnosus prevents enteric colonization by Candida species in preterm neonates: a randomized study. Clinical infectious diseases: an official publication of the Infectious Diseases Society of America. 2006; 42(12):1735–1742. [PubMed: 16705580]

90.    Braga TD, da Silva GA, de Lira PI, de Carvalho Lima M. Efficacy of Bifidobacterium breve and Lactobacillus casei oral supplementation on necrotizing enterocolitis in very-low-birth-weight preterm infants: a double-blind, randomized, controlled trial. The American journal of clinical nutrition. 2011; 93(1):81–86. [PubMed: 20980486]

91.    Alfaleh K, Bassler D. Probiotics for prevention of necrotizing enterocolitis in preterm infants. Cochrane database of systematic reviews. 2008; (1):CD005496. [PubMed: 18254081]

92.    Deshpande G, Rao S, Patole S. Probiotics for prevention of necrotising enterocolitis in preterm neonates with very low birthweight: a systematic review of randomised controlled trials. Lancet. 2007; 369(9573):1614–1620. [PubMed: 17499603]

93.    Mally P, Golombek SG, Mishra R, et al. Association of necrotizing enterocolitis with elective packed red blood cell transfusions in stable, growing, premature neonates. American journal of perinatology. 2006; 23(8):451–458. [PubMed: 17009195]

94.    Mohamed A, Shah PS. Transfusion associated necrotizing enterocolitis: a meta-analysis of observational data. Pediatrics. 2012; 129(3):529–540. [PubMed: 22351894]

95.    El-Dib M, Narang S, Lee E, Massaro AN, Aly H. Red blood cell transfusion, feeding and necrotizing enterocolitis in preterm infants. Journal of perinatology: official journal of the California Perinatal Association. 2011; 31(3):183–187. [PubMed: 21252964]

96.    Kastenberg ZJ, Sylvester KG. The surgical management of necrotizing enterocolitis. Clinics in perinatology. 2013; 40(1):135–148. [PubMed: 23415269]

97.    Stringer MD, Brereton RJ, Drake DP, Kiely EM, Capps SN, Spitz L. Recurrent necrotizing enterocolitis. Journal of pediatric surgery. 1993; 28(8):979–981. [PubMed: 8229602]

98.    Thyoka M, Eaton S, Hall NJ, et al. Advanced necrotizing enterocolitis part 2: recurrence of necrotizing enterocolitis. European journal of pediatric surgery: official journal of Austrian Association of Pediatric Surgery … [et al] = Zeitschrift fur Kinderchirurgie. 2012; 22(1):13–16.

99**.   Bohnhorst B, Muller S, Dordelmann M, Peter CS, Petersen C, Poets CF. Early feeding after necrotizing enterocolitis in preterm infants. The Journal of pediatrics. 2003; 143(4):484–487. Demonstrates that early reintroduction of feeding after an episode of NEC does not increase the incidence of recurrent NEC. [PubMed: 14571225]

100.   Grave GD, Nelson SA, Walker WA, et al. New therapies and preventive approaches for necrotizing enterocolitis: report of a research planning workshop. Pediatric research. 2007; 62(4): 510–514. [PubMed: 17667844]

101.   Leaphart CL, Cavallo J, Gribar SC, et al. A critical role for TLR4 in the pathogenesis of necrotizing enterocolitis by modulating intestinal injury and repair. Journal of immunology. 2007; 179(7):4808–4820.

102.    Jilling T, Simon D, Lu J, et al. The roles of bacteria and TLR4 in rat and murine models of necrotizing enterocolitis. Journal of immunology. 2006; 177(5):3273–3282.

103.    Stoll BJ, Nahmias AJ, Wickliffe C, Brann AW Jr, Dowell VR Jr, Whaley DN. Bacterial toxin and neonatal necrotizing enterocolitis. The Journal of pediatrics. 1980; 96(1):114–115. [PubMed: 7350290]

104.    Nanthakumar N, Meng D, Goldstein AM, et al. The mechanism of excessive intestinal inflammation in necrotizing enterocolitis: an immature innate immune response. PloS one. 2011; 6(3):e17776. [PubMed: 21445298]

105.    Wolfs TG, Derikx JP, Hodin CM, et al. Localization of the lipopolysaccharide recognition complex in the human healthy and inflamed premature and adult gut. Inflammatory bowel diseases. 2010; 16(1):68–75. [PubMed: 20014022]

106.    Chan KL, Wong KF, Luk JM. Role of LPS/CD14/TLR4-mediated inflammation in necrotizing enterocolitis: pathogenesis and therapeutic implications. World journal of gastroenterology: WJG. 2009; 15(38):4745–4752. [PubMed: 19824106]

107.    Richardson WM, Sodhi CP, Russo A, et al. Nucleotide-binding oligomerization domain-2 inhibits toll-like receptor-4 signaling in the intestinal epithelium. Gastroenterology. 2010; 139(3):904–917. 917 e901–906. [PubMed: 20580721]

108.    Sodhi CP, Shi XH, Richardson WM, et al. Toll-like receptor-4 inhibits enterocyte proliferation via impaired beta-catenin signaling in necrotizing enterocolitis. Gastroenterology. 2010; 138(1): 185–196. [PubMed: 19786028]

109.    Sodhi CP, Neal MD, Siggers R, et al. Intestinal epithelial Toll-like receptor 4 regulates goblet cell development and is required for necrotizing enterocolitis in mice. Gastroenterology. 2012; 143(3):708–718. e701–705. [PubMed: 22796522]

110.    Gribar SC, Sodhi CP, Richardson WM, et al. Reciprocal expression and signaling of TLR4 and TLR9 in the pathogenesis and treatment of necrotizing enterocolitis. Journal of immunology. 2009; 182(1):636–646.

111.    Neal MD, Jia H, Eyer B, et al. Discovery and validation of a new class of small molecule Tolllike receptor 4 (TLR4) inhibitors. PloS one. 2013; 8(6):e65779. [PubMed: 23776545]

112.    Good M, Siggers RH, Sodhi CP, et al. Amniotic fluid inhibits Toll-like receptor 4 signaling in the fetal and neonatal intestinal epithelium. Proceedings of the National Academy of Sciences. 2012; 109(28):11330–11335.

113.    Siggers J, Ostergaard MV, Siggers RH, et al. Postnatal amniotic fluid intake reduces gut inflammatory responses and necrotizing enterocolitis in preterm neonates. American journal of physiology. Gastrointestinal and liver physiology. 2013; 304(10):G864–875. [PubMed: 23518680]

114.    Jain SK, Baggerman EW, Mohankumar K, et al. Amniotic Fluid-borne Hepatocyte Growth Factor Protects Rat Pups against Experimental Necrotizing Enterocolitis. American journal of physiology. Gastrointestinal and liver physiology. 2014

79.    In another study published in 2014 it was reported: "An exclusive human milk diet, devoid of CM [Cow Milk] -containing products was associated with lower mortality and morbidity in EP [Extremely Premature] infants without compromising growth and should be considered as an approach to nutritional care of these infants." Abrams, Steven, et al. *Greater Mortality and Morbidity in Extremely Preterm Infants Fed a Diet Containing Cow Milk Protein Products.* (Breastfeeding Medicine. 2014, Nov. 4, 9(6):281-286.)

80.    The recommendations and conclusions of the article were significantly scientifically supported with the following references:

1.    U.S. Department of Health and Human Services. The Surgeon General's Call to Action to Support Breastfeeding. Washington, DC: Office of the Surgeon General, U.S. Department of Health and Human Services, 2011.
2.    Section on Breastfeeding. Breastfeeding and the use of human milk. Pediatrics 2012;129:e827–e841.
3.    Schanler RJ. Evaluation of the evidence to support current recommendations to meet the needs of premature infants: The role of human milk. Am J Clin Nutr 2007;85:625S–628S.
4.    Sullivan S, Schanler RJ, Kim JH, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–567.
5.    Cristofalo EA, Schanler RJ, Blanco CL. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–1595.
6.    Blyth CR, Still HA. Binomial confidence intervals. J Am Stat Assoc 1983;78:108–116.
7.    Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc 1958;53:457–481.
8.    Greenwood M. The Natural Duration of Cancer. Reports on Public Health and Medical Subjects. Vol. 33. London: Her Majesty's Stationery Office, 1926:1–26.

9.      Wo´jkowska-Mach J, Ro´ _zan´ska A, Borszewska-Kornacka M, et al. Necrotising enterocolitis in preterm infants: Epidemiology and antibiotic consumption in the Polish neonatology network neonatal intensive care units in 2009. PLoS One 2014;9:e92865.

10.     Carter BM, Holditch-Davis D. Risk factors for necrotizing enterocolitis in preterm infants: How race, gender, and health status contribute. Adv Neonatal Care 2008;8:285–290.

11.     Guthrie SO, Gordon PV, Thomas V, et al. Necrotizing enterocolitis among neonates in the United States. J Perinatol 2003;23:278–285.

12.     Ozkan H, Cetinkaya M, Koksal N, et al. Culture-proven neonatal sepsis in preterm infants in a neonatal intensive care unit over a 7 year period: Coagulase-negative Staphylococcus as the predominant pathogen. Pediatr Int 2014;56: 60–66.

13.     Leal YA, Alvarez-Nemegyei J, Vela´zquez JR, et al. Risk factors and prognosis for neonatal sepsis in southeastern Mexico: Analysis of a four-year historic cohort follow-up. BMC Pregnancy Childbirth 2012;12:48.

14.     Troger B, Gopel W, Faust K, et al. Risk for late-onset blood-culture proven sepsis in very-low-birth weight infants born small for gestational age: A large multicenter study from the German Neonatal Network. Pediatr Infect Dis J 2014;33:238–243.

15.     Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and cost-effectiveness of exclusively human milk-based products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

16.     Ganapathy V, Hay JW, Kim JH, et al. Long term healthcare costs of infants who survived neonatal necrotizing enterocolitis: A retrospective longitudinal study among infants enrolled in Texas Medicaid. BMC Pediatr 2013;13:127.

17.     Johnson TJ, Patel AL, Bigger HR, et al. Economic benefits and costs of human milk feedingss: A strategy to reduce the risk of prematurity-related morbidities in very-low-birthweight infants. Adv Nutr 2014;5:207–212.

81.     In another study published in 2016, it was reported:  "Extremely

premature infants who received an exclusive HUM diet had a significantly lower

incidence of NEC and mortality.  The HUM group also had a reduction in late-onset

sepsis, BPD, and ROP.  This multicenter study further emphasizes the many

benefits of an exclusive HUM diet, and demonstrates multiple improved outcomes

after implementation of such a feeding protocol." Hair, Amy, et al. *Beyond*

*Necrotizing Enterocolitis Prevention:  Improving Outcomes with an Exclusive*

*Human Milk-Based Diet.*  (Breastfeeding Medicine.  2016, Nov 2., 11(2):70-75.)

    82.    The article was significantly scientifically supported by the following

references:

1.    Sharma R, Hudak ML. A clinical perspective of necrotizing enterocolitis: past, present, and future. Clin Perinatol 2013;40:27–51.
2.    Huda S, Chaudhery S, Ibrahim H, et al. Neonatal necrotizing enterocolitis: clinical challenges, pathophysiology and management. Pathophysiology 2014;21:3–12.
3.    Yee WH, Soraisham AS, Shah VS, et al. Incidence and timing of presentation of necrotizing enterocolitis in preterm infants. Pediatrics 2012;129:e298–304.
4.    American Academy of Pediatrics Section on Breastfeeding. Breastfeeding and the use of human milk. Pediatrics 2012; 129:e827–841.
5.    McGuire S. U.S. Dept. of Health and Human Services. The Surgeon General's Call to Action to Support Breastfeeding. U.S. Dept. of Health and Human Services, Office of the Surgeon General. 2011. Adv Nutr 2011;2:523–524.
6.    Hair AB, Hawthorne KM, Chetta KE, et al. Human milk feeding supports adequate growth in infants £1250 grams birth weight. BMC Res Notes 2013;6:459.
7.    Abrams SA, Schanler RJ, Lee ML, et al. Greater mortality and morbidity in extremely preterm infants fed a diet containing cow milk protein products. Breastfeed Med
2014;9:281–285.
8.    Arslanoglu S, Ziegler EE, Moro GE. Donor human milk in  preterm infant feeding: evidence and recommendations. J Perinat Med 2010;38:347–351.
9.    Cristofalo EA, Schanler RJ, Blanco CL, et al. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–1595.
10.    Ghandehari H, Lee ML, Rechtman DJ. An exclusive human milk-based diet in extremely premature infants reduces the probability of remaining on total parenteral nutrition: a  reanalysis of the data. BMC Res Notes 2012;5:188.
11.    Herrmann K, Carroll K. An exclusively human milk diet reduces necrotizing enterocolitis. Breastfeed Med 2014;9: 184–190.
12.    Sullivan S, Schanler RJ, Kim JH, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–567 e1.
13.    Fenton T. A new growth chart for preterm babies: Babson and Benda's chart updated with recent data and a new format. BMC Pediatr 2003;3(13).

14.    Bell MJ, Ternberg JL, Feigin RD, Keating JP, et al. Neonatal necrotizing enterocolitis. Therapeutic decisions based upon clinical staging. Ann Surg 1978;187:1–7.

15.    Papile LA, Burstein J, Burstein R, et al. Incidence and evolution of subependymal and intraventricular hemorrhage: a study of infants with birth weights less than 1,500
gm. J Pediatr 1978;92:529–534.

16.    Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and cost-effectiveness of exclusively human milkbased products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

83.    In another study published in 2017, it was reported: "In summary, HM has been acknowledged as the best source of nutrition for preterm infants and those at risk for NEC (8, 13, 16, 18, 26, 75, 76, 94-96).  Two RCTs on preterm infants weighting between 500 and 1250 g at birth compared the effect of bovine milk-based preterm infant formula to MOM or DHM on the incidence of NEC (18, 76).  Both trials found that an exclusive HM diet results in a lower incidence of NEC.  A Cochrane systematic review that evaluated the effect of DHM or bovine milk-based formula on health outcomes for preterm infants also determined that formula significantly increases the risk of NEC (75)." Shulhan, Jocelyn, et al *Current Knowledge of Necrotizing Enterocolitis in Preterm Infants and the Impact of Different Types of Enteral Nutrition Products.* (ASN. ADV Nutr 2017; 8:8—0-91.)

84.    The article was significantly scientifically supported by citing:

1.    Thanh NX, Toye J, Savu A, Kumar M, Kaul P. Health service use and costs associated with low birth weight: a population level analysis.  J Pediatr 2015;167:551–6.e1–3.

2.      Bartholomew S, Deb-Rinker P, Dzakpasu S, Gilbert NL, Nelson C, Liu S. Perinatal health indicators for Canada 2013 [Internet]. [cited 2016 Sep 26]. Available from: http://publications.gc.ca/site/eng/411563/ publication.html.

3.      Hamilton BE, Martin JA, Osterman MJK, Curtin SC, Mathews TJ. Births: final data for 2014. Natl Vital Stat Rep 2015;64:1–64.

4.      Blencowe H, Cousens S, Oestergaard MZ, Chou D, Moller A-B, Narwal R, Adler A, Vera Garcia C, Rohde S, Say L, et al. National, regional, and worldwide estimates of preterm birth rates in the year 2010 with time trends since 1990 for selected countries: a systematic analysis and implications. Lancet 2012;379:2162–72.

5.      Institute of Medicine. Preterm birth: causes, consequences, and prevention. Washington (DC): National Academy of Sciences; 2007.

6.      Yamakawa T, Itabashi K, Kusuda S. Mortality and morbidity risks vary with birth weight standard deviation score in growth restricted extremely preterm infants. Early Hum Dev 2016;92:7–11.

7.      Verd S, Ginovart G, Gutierrez A, Botet F, Barbero AH, Porta R. Hospital outcomes of extremely low birth weight infants after introduction of donor milk to supplement mother's milk. Breastfeed Med 2015;10:150–5.

8.      Chowning R, Radmacher P, Lewis S, Serke L, Pettit N, Adamkin DH. A retrospective analysis of the effect of human milk on prevention of necrotizing enterocolitis and postnatal growth. J Perinatol 2016;36:221–4.

9.      Mizrahi A, Barlow O, BerdonW, BlancWA, SilvermanWA. Necrotizing enterocolitis in premature infants. J Pediatr 1965;66:697–705.

10.     Yajamanyam PK, Rasiah SV, Ewer AK. Necrotizing enterocolitis: current perspectives. Res Rep Neonatol 2014;4:31–42.

11.     Good M, Sodhi CP, Hackam DJ. Evidence-based feeding strategies before and after the development of necrotizing enterocolitis. Expert Rev Clin Immunol 2014;10:875–84.

12.     Gregory KE, DeForge CE, Natale KM, Phillips M, Van Marter LJ. Necrotizing enterocolitis in the premature infant. Adv Neonatal Care 2011; 11:155–64.

13.     Johnson TJ, Patel AL, Bigger HR, Engstrom JL, Meier PP. Cost savings of human milk as a strategy to reduce the incidence of necrotizing enterocolitis in very low birth weight infants. Neonatology 2015;107: 271–6.

14.     Ghoneim N, Bauchart-Thevret C, Oosterloo B, Stoll B, Kulkarni M, de Pipaon MS, Zamora IJ, Olutoye OO, Berg B, Wittke A, et al. Delayed initiation but not gradual advancement of enteral formula feeding reduces the incidence of necrotizing enterocolitis (NEC) in preterm pigs. PLoS ONE 2014;9:e106888.

15.     Sho S, Neal MD, Sperry J, Hackam DJ. A novel scoring system to predict the development of necrotizing enterocolitis totalis in premature infants. J Pediatr Surg 2014;49:1053–6.

16.     Ganapathy V, Hay JW, Kim JH. Costs of necrotizing enterocolitis and

cost-effectiveness of exclusively human milk-based products in feeding extremely premature infants. Breastfeed Med 2012;7:29–37.

17.    Ganapathy V, Hay JW, Kim JH, Lee ML, Rechtman DJ. Long term healthcare costs of infants who survived neonatal necrotizing enterocolitis: a retrospective longitudinal study among infants enrolled in Texas Medicaid. BMC Pediatrics 2013;13:127.

18.    Sullivan S, Schanler RJ, KimJH, Patel AL, Trawöger R, Kiechl-Kohlendorfer U, Chan GM, Blanco CL, Abrams S, Cotten CM, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. J Pediatr 2010;156:562–7.e1.

19.    Downard CD, Renaud E, St. Peter SD, Abdullah F, Islam S, Saito JM, Blakely ML, Huang EY, Arca MJ, Cassidy L, et al. Treatment of necrotizing enterocolitis: an American Pediatric Surgical Association Outcomes and Clinical Trials Committee systematic review. J Pediatr Surg 2012;47:2111–22.

20.    Sharma R, Hudak ML. A clinical perspective of necrotizing enterocolitis: past, present, and future. Clin Perinatol 2013;40:27–51.

21.    Markel TA, Engelstad H, Poindexter BB. Predicting disease severity of necrotizing enterocolitis: how to identify infants for future novel therapies. J Clin Neonatol 2014;3:1–9.

22.    Ostlie DJ, Spilde TL, St Peter SD, Sexton N, Miller KA, Sharp RJ, Gittes GK, Snyder CL. Necrotizing enterocolitis in full-term infants. J Pediatr Surg 2003;38:1039–42.

23.    Fitzgibbons SC, Ching Y, Yu D, Carpenter J, Kenny M,Weldon C, Lillehei C, Valim C, Horbar JD, Jaksic T. Mortality of necrotizing enterocolitis expressed by birth weight categories. J Pediatr Surg 2009;44:1072–5.

24.    Sinha SK, Gupta S, Donn SM. Immediate respiratory management of the preterm infant. Semin Fetal Neonatal Med 2008;13:24–9.

25.    Capozzi G, Santoro G. Patent ductus arteriosus: patho-physiology, hemodynamic effects and clinical complications. J Matern Fetal Neonatal Med 2011;24 Suppl 1:15–6.

26.    Siggers RH, Siggers J, Thymann T, Boye M, Sangild PT. Nutritional modulation of the gut microbiota and immune system in preterm neonates susceptible to necrotizing enterocolitis. J Nutr Biochem 2011;22: 511–21.

27.    Neu J. Gastrointestinal development and meeting the nutritional needs of premature infants. Am J Clin Nutr 2007;85:629S–34S.

28.    Barcellini W, Imperiali FG, Zaninoni A, Reda G, Consonni D, Fattizzo B, Lonati S, Nobili L, Zanella A, Cortelezzi A. Toll-like receptor 4 and 9 expression in B-chronic lymphocytic leukemia: relationship with infections, autoimmunity and disease progression. Leuk Lymphoma 2014; 55:1768–73.

29.    Neu J, Walker WA. Necrotizing enterocolitis. N Engl J Med 2011;364:  255–64.

30.    Ward JB, Keely SJ, Keely SJ. Oxygen in the regulation of intestinal epithelial

transport. J Physiol 2014;592:2473–89.

31.    Hammers AL, Sanchez-Ramos L, Kaunitz AM. Antenatal exposure to indomethacin increases the risk of severe intraventricular hemorrhage, necrotizing enterocolitis, and periventricular leukomalacia: a systematic review with meta-analysis. Am J Obstet Gynecol 2015;212:505.e1–13.

32.    Tappenden KA. Provision of phosphorylatable substrate during hypoxia decreases jejunal barrier function. Nutrition 2002;18:168–72.

33.    Neu J. Preterm infant nutrition, gut bacteria, and necrotizing enterocolitis. Curr Opin Clin Nutr Metab Care 2015;18:285–8.

34.    Neu J, Douglas-Escobar M, Lopez M. Microbes and the developing gastrointestinal tract. Nutr Clin Pract 2007;22:174–82.

35.    Rezaie A, Pimentel M, Rao SS. How to test and treat small intestinal bacterial overgrowth: an evidence-based approach. Curr Gastroenterol Rep 2016;18:8.

36.    Freedberg DE, Lebwohl B, Abrams JA. The impact of proton pump inhibitors on the human gastrointestinal microbiome. Clin Lab Med 2014;34:771–85.

37.    Lin PW, Stoll BJ. Necrotising enterocolitis. Lancet 2006;368:1271–83.

38.    Sankaran K, Puckett B, Lee DSC, Seshia M, Boulton J, Qiu Z, Lee SK. Variations in incidence of necrotizing enterocolitis in Canadian neonatal intensive care units. J Pediatr Gastroenterol Nutr 2004;39:366–72.

39.    Stey A, Barnert ES, Tseng C-H, Keeler E, Needleman J, Leng M, Kelley- Quon LI, Shew SB. Outcomes and costs of surgical treatments of necrotizing enterocolitis. Pediatrics 2015;135:e1190–7.

40.    Soraisham AS, Amin HJ, Al-Hindi MY, Singhal N, Sauve RS. Does necrotising enterocolitis impact the neurodevelopmental and growth outcomes in preterm infants with birthweight #1250 g? J Paediatr Child Health 2006;42:499–504.

41.    Merhar SL, Ramos Y, Meinzen-Derr J, Kline-Fath BM. Brain magnetic resonance imaging in infants with surgical necrotizing enterocolitis or spontaneous intestinal perforation versus medical necrotizing enterocolitis. J Pediatr 2014;164:410–2.e1.

42.    Rees CM, Pierro A, Eaton S. Neurodevelopmental outcomes of neonates with medically and surgically treated necrotizing enterocolitis. Arch Dis Child Fetal Neonatal Ed 2007;92:F193–8.

43.    Prolacta Bioscience. Prolact+ H2MF_ human milk-based liquid human milk fortifier [Internet]. [cited 2016 Feb 1]. Available from: http://www.prolacta.com/human-milk-fortifier-1.

44.    drugstore.com. Enfamil human milk fortifier, powder, 71g foil sachets [Internet]. [cited 2016 Apr 5]. Available from: http://www.drugstore.com/enfamil-human-milk-fortifier-powder-71g-foil-sachets/qxp308429.

45.    Assad M, Elliott MJ, Abraham JH. Decreased cost and improved feeding tolerance in VLBWinfants fed an exclusive human milk diet. J Perinatol 2016;36:216–20.

46.    Lin PW, Nasr TR, Stoll BJ. Necrotizing enterocolitis: recent scientific advances in pathophysiology and prevention. Semin Perinatol 2008;  32:70–82.

47.    Fallon EM, Nehra D, Potemkin AK, Gura KM, Simpser E, Compher C, Puder M. A.S.P.E. N. clinical guidelines: nutrition support of neonatal patients at risk for necrotizing enterocolitis. JPEN J Parenter Enteral Nutr 2012;36:506–23.

48.    Robinson DT, Shah S, Murthy K. Parenteral nutrition use and associated outcomes in a select cohort of low birth weight neonates. Am J Perinatol 2014;31:933–8.

49.    Blackmer A, Luisa PM. Three-in-one parenteral nutrition in neonates and pediatric patients: risks and benefits. Nutr Clin Pract 2015;30:337–43.

50.    Senterre T. Practice of enteral nutrition in very low birth weight and extremely low birth weight infants. In: Koletzko B, Poindexter B, Uauy R, editors. Nutritional care of preterm infants scientific basis and practical guidelines. Basel (Switzerland): Karger; 2014. p. 201–14.

51.    Morgan J, Bombell S, McGuire W. Early trophic feeding versus enteral fasting for very preterm or very low birth weight infants. Cochrane Database Syst Rev 2013;3: CD000504.

52.    Shah P, Nathan E, Doherty D, Patole S. Optimising enteral nutrition in growth restricted extremely preterm neonates—a difficult proposition. J Matern Fetal Neonatal Med 2015;28:1981–4.

53.    Kim JH, Chan G, Schanler R, Groh-Wargo S, Bloom B, Dimmit R, Williams L, Baggs G, Barrett-Reis B. Growth and tolerance of preterm infants fed a new extensively hydrolyzed liquid human milk fortifier. J Pediatr Gastroenterol Nutr 2015;61:665–71.

54.    Adamkin DH, Radmacher PG. Fortification of human milk in very low birth weight infants (VLBW<1500 g birth weight). Clin Perinatol 2014; 41:405–21.

55.    Prince A, Groh-Wargo S. Nutrition management for the promotion of growth in very low birth weight premature infants. Nutr Clin Pract 2013;28:659–68.

56.    Mead Johnson Nutritionals. Estimated nutrient content of preterm human milk and Enfamil human milk fortifier [Internet]. [cited 2016 Apr 25]. Available from: https://www.meadjohnson.com/pediatrics/us-en/ product-information/products/premature/enfamil-human-milk-fortifierpowder# nutrients-sup-sup.

57.    Fenton TR, Kim JH. A systematic review and meta-analysis to revise the Fenton growth chart for preterm infants. BMC Pediatr 2013;13:59.

58.    Noel-Weiss J, Courant G, Woodend AK. Physiological weight loss in the breastfed neonate: a systematic review. Open Med 2008;2:e99–110.

59.    Armand M, Hamosh M, Mehta NR, Angelus PA, Philpott JR, Henderson TR, Dwyer NK, Lairon D, Hamosh P. Effect of human milk or formula on gastric function and fat digestion in the premature infant. Pediatr Res 1996;40:429–37.

60.    Butte NF, Lopez-Alarcon MG, Garza C. Nutrient adequacy of exclusive breastfeeding for the term infant during the first six months of life. Geneva (Switzerland): WHO; 2002.

61.    Infant Feeding Joing Working Group. Nutrition for healthy term infants: recommendations from birth to six months [Internet]. [cited 2016 Apr 25]. Available from: http://www.hc-sc.gc.ca/fn-an/nutrition/ infant-nourisson/recom/index-eng.php#a4.

62.    Andreas NJ, Kampmann B, Le-Doare KM. Human breast milk: a review on its composition and bioactivity. Early Hum Dev 2015;91:629–35.

63.    Ballard O, Morrow AL. Human milk composition: nutrients and bioactive factors. Pediatr Clin North Am 2013;60:49–74.

64.    McInnes RJ, Shepherd AJ, Cheyne H, Niven C. Infant feeding in the neonatal unit. Matern Child Nutr 2010;6:306–17.

65.    Caplan MS, Amer M, Jilling T. The role of human milk in necrotizing enterocolitis. Adv Exp Med Biol 2002;503:83–90.

66. WHO. Donor human milk for low-birth-weight infants [Internet]. [cited 2016 Apr 4]. Available from: http://www.who.int/elena/titles/ donormilk_infants/en.

67.    Gidrewicz DA, Fenton TR. A systematic review and meta-analysis of the nutrient content of preterm and term breast milk. BMC Pediatr 2014;14:216.

68.    Meier PP. Breastfeeding in the special care nursery. Pediatr Clin North Am 2001;48:425–42.

69.    Groh-Wargo S, Sapsford A. Enteral nutrition support of the preterm infant in the neonatal intensive care unit. Nutr Clin Pract 2009;24: 363–76.

70.    Human Milk Banking Association of North America. Donor human milk processing [Internet]. [cited 2016 Feb 3]. Available from: https ://www.hmbana.org/milk-processing.

71.    Aceti A, Corvaglia L, Faldella G. Human milk banks: lights and shadows. JNIM 2014;3: e030225.

72.    Stoltz Sjöström E, Ohlund I, Tornevi A, Domellof M. Intake and macronutrient content of human milk given to extremely preterm infants. J Hum Lact 2014;30:442–9.

73.    de Halleux V, Rigo J. Variability in human milk composition: benefit of individualized fortification in very-low-birth-weight infants. Am J Clin Nutr 2013;98:529S–35S.

74.    Underwood MA. Human milk for the premature infant. Pediatr Clin North Am 2013;60:189–207.

75.    Quigley M, McGuire W. Formula versus donor breast milk for feeding preterm or low birth weight infants. Cochrane Database Syst Rev 2014; 4:CD002971.

76.    Cristofalo EA, Schanler RJ, Blanco CL, Sullivan S, Trawoeger R, Kiechl-Kohlendorfer U, Dudell G, Rechtman DJ, Lee ML, Lucas A, et al. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. J Pediatr 2013;163:1592–5.e1.

77.     Di Lorenzo M, Bass J, Krantis A. An intraluminal model of necrotizing enterocolitis in the developing neonatal piglet. J Pediatr Surg 1995;30: 1138–42.

78.     Thymann T, Støy CAF, Bering SB, Mølbak L, Sangild PT. Casein addition to a whey-based formula has limited effects on gut function in preterm  pigs. J Anim Sci 2012;90(Suppl 4):378–80.

79.     Timby N, Hernell O, Vaarala O, Melin M, Lönnerdal B, Domellöf M.Infections in infants fed formula supplemented with bovine milk fat globule membranes. J Pediatr Gastroenterol Nutr 2015;60:384–9.

80.     International Society for the Study of Fatty Acids and Lipids. ISSFAL statement on dietary fats in infant nutrition [Internet]. [cited 2016 Sep 26]. Available from: http://www.issfal.org/statements/ pufa-recommendations/statement-2.

81.     Innis S. Lipids for neonates. In: Polin R, Fox WW, editors. Fetal and neonatal physiology. 2nd ed. Amsterdam(Netherlands): Elsevier; 2012, p. 190.

82.     Perrella SL, Hepworth AR, Simmer KN, Geddes DT. Influences of breast milk composition on gastric emptying in preterm infants. J Pediatr Gastroenterol Nutr 2015;60:264–71.

83.     Granot E, Ishay-Gigi K, Malaach L, Flidel-Rimon O. Is there a difference in breast milk fatty acid composition of mothers of preterm and term infants? J Matern Fetal Neonatal Med 2016;29:832–5.

84.     Picaud JC, Rigo J, Normand S, Lapillonne A, Reygrobellet B, Claris O, Salle BL. Nutritional efficacy of preterm formula with a partially hydrolyzed protein source: a randomized pilot study. J Pediatr Gastroenterol Nutr 2001;32:555–61.

85.     Penn AH, Altshuler AE, Small JW, Taylor SF, Dobkins KR, Schmid- Schonbein GW. Digested formula but not digested fresh human milk  causes death of intestinal cells in vitro: implications for necrotizing enterocolitis. Pediatr Res 2012;72:560–7.

86.     Hua Z, Turner JM, Mager DR, Sigalet DL, Wizzard PR, Nation PN, Ball RO, Pencharz PB, Wales PW. Effects of polymeric formula vs elemental formula in neonatal piglets with short bowel syndrome. JPEN J Parenter Enteral Nutr 2014;38:498–506.

87.     Connor EE, Evock-Clover CM,Wall EH, Baldwin RL, Santin-Duran M, Elsasser TH, Bravo DM. Glucagon-like peptide 2 and its beneficial effects on gut function and health in production animals. Domest Anim Endocrinol 2016;56(Suppl):S56–65.

88.     Stoll B, Price P, Reeds P, Chang X, Henry J, van Goudoever J, Holst J, Burrin D. Feeding an elemental diet vs a milk-based formula does not decrease intestinal mucosal growth in infant pigs. JPEN J Parenter Enteral Nutr 2006;30:32–9.

89.     Ghandehari H, Lee ML, Rechtman DJ. An exclusive human milk-based diet in extremely premature infants reduces the probability of remaining on total parenteral nutrition: a reanalysis of the data. BMC Res Notes 2012;5:188.

90.     Suresh K. An overview of randomization techniques: an unbiased assessment of outcome in clinical research. J Hum Reprod Sci 2011;4:8–11.

91.     Gross SJ. Growth and biochemical response of preterm infants fed human milk or modified infant formula. N Engl J Med 1983;308: 237–41.

92.    Lucas A, Gore S, Cole T, Bamford M, Dossetor J, Barr I, Dicarlo L, Cork S, Lucas P. Multicentre trial on feeding low birthweight infants: effects of diet on early growth. Arch Dis Child 1984;59:722–30.

93.    Tyson JE, Lasky R, Mize C, Richards C, Blair-Smith N, Whyte R, Beer A. Growth, metabolic response, and development in very-low-birthweight infants fed banked human milk or enriched formula. I. Neonatal  findings. J Pediatr 1983;103:95–104.

94.     Herrmann K, Carroll K. An exclusively human milk diet reduces necrotizing enterocolitis. Breastfeed Med 2014;9:184–90.

95.     Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. Lancet 1990;336:1519–23.

96.    Sisk PM, Lovelady CA, Dillard RG, Gruber KJ, O'Shea TM. Early human milk feeding is associated with a lower risk of necrotizing enterocolitis in very low birth weight infants. J Perinatol 2007;27:428–33.

85.    Because the Abbott product is specially designed as food for vulnerable premature infants and contains no warning that it causes death or N.E.C., it is viewed as safe by physicians and parents of premature infants.

86.    Because the Mead product is specially designed as food for vulnerable premature infants and contains no warning that it causes death or N.E.C., it is viewed as safe by physicians and parents of premature infants.

87.    The studies show the Mead products should not be sold for use in extremely premature infants, yet Mead continued to market and sell its product knowing it would be used on infants like TyLea Hundley and knowing its product would significantly increase the risk of N.E.C. and death in extremely premature infants like TyLea Hundley.

88.    The studies show the Abbott products should not be sold for use in

extremely premature infants, yet Mead continued to market and sell its product knowing it would be used on infants like TyLea Hundley and knowing its product would significantly increase the risk of N.E.C. and death in extremely premature infants like TyLea Hundley.

89.    Mead knew or should have known that its product would be used in the way it was used on this baby.

90.    Abbott knew or should have known that its product would be used in the way it was used on this baby.

91.    The way in which the Mead product was fed to the baby, was extremely dangerous and caused an unreasonably high risk that the baby would develop N.E.C. and die, yet Mead provided no detailed instructions or warnings to prevent or alter the way this product was used.

92.    The way in which the Abbott product was fed to the baby was extremely dangerous and caused an unreasonably high risk that the baby would develop N.E.C. and die, yet Abbott provided no detailed instructions or warnings to prevent or alter the way this product was used.

93.    Despite learning that its product was linked to N.E.C. and death, Mead failed to properly collect data from doctors and hospitals in order to develop evidence based strategies, instructions, and warnings to reduce or prevent its product from causing N.E.C. and death.

94.    Despite learning that its product was linked to N.E.C. and death, Abbott failed to properly collect data from doctors and hospitals in order to develop evidence based strategies, instructions, and warnings to reduce or prevent its product from causing N.E.C. and death.

95.    Despite knowing its product was leading to N.E.C. and death, Mead took no steps to determine how or why its product was causing N.E.C. or death.

96.    Despite knowing its product was leading to N.E.C. and death, Abbott took no steps to determine how or why its product was causing N.E.C. or death.

97.    The defendant, Mead Johnson & Company, LLC has learned that its cow based product was causing N.E.C. and death in premature infants, yet the defendants did nothing to change its product, packaging, guidelines, instructions and warnings.

98.    The defendant, Abbott Laboratories, Inc. has learned that its cow based product was causing N.E.C. and death in premature infants, yet the defendants did nothing to change its product, packaging, guidelines, instructions and warnings.

99.    Despite knowing that its cow-based product was causing N.E.C. and death in premature infants, the defendant, Mead Johnson & Company, LLC did not conduct any testing, data analysis, or research to determine when its product should not be used or when and how its product was safe for use.

100.    Despite knowing that its cow-based product was causing N.E.C. and

death in premature infants, the defendant, Abbott Laboratories, Inc. did not conduct any testing, data analysis, or research to determine when its product should not be used or when and how its product was safe for use.

101.   Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Mead Johnson & Company, LLC did not contact the FDA to inform them its product was linked to causing N.E.C. and death.

102.   Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Abbott Laboratories, Inc. did not contact the FDA to inform them its product was linked to causing N.E.C. and death.

103.   The mother saw the product containers and was aware that formula was being fed to her daughter.

104.   The mother was never told that the formula could cause her baby to develop N.E.C. and death.

105.   The mother was never told that the formula could cause her baby to die.

106.   The mother was never told of the studies showing cow-based formula was extremely dangerous to her baby.

107.   The mother was never told of the studies showing human donor milk was safer for her baby.

108.   Despite knowing that its cow-based product was causing N.E.C. and death in premature infants, Mead Johnson & Company, LLC did not recommend to the

FDA, hospitals, NICUs or physicians that they should discuss the risks of N.E.C. or death with the parents.

109.   Despite knowing that its cow-based product was causing N.E.C. and death in premature infants, Abbott Laboratories, Inc. did not recommend to the FDA, hospitals, NICUs or physicians that they should discuss the risks of N.E.C. or death with the parents.

110.   The mother believed the formula products would help her baby, not harm her baby.

111.   Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Mead Johnson & Company, LLC did not contact the FDA, NICUs, hospitals, and physicians to inform them its cow-based product was linked to causing N.E.C. and death.

112.   Despite knowing that its product was causing N.E.C. and death in premature infants, the defendant, Abbott Laboratories, Inc. did not contact the FDA, NICUs, hospitals, and physicians to inform them its cow-based product was linked to causing N.E.C. and death.

113.   The defendant, Mead Johnson & Company, LLC and/or Mead Johnson Nutrition Company is liable to the plaintiff under the Connecticut Product Liability Act, Conn. Gen. Stat. Section 52-572m, et seq. in one or more of the following ways:

A.  Failure to Warn and/or Instruct

    a.  The defendant knew or should have known that its cow-based premature infant formula product would be used, as it was, on extremely premature infants like TyLea Hundley, yet it failed to properly warn hospitals, NICUs, doctors, parents and/or consumers that its cow-based product significantly increases the risk of N.E.C. and death in these babies; and/or

    b.  Was unsafe and/or contra-indicated for extremely premature infants like TyLea Hundley; and/or

    c.  Failed to provide proper instructions or guidelines or studies, or data on when and how to feed its product to premature infants in order to decrease the risk of N.E.C. and/or death; and/or

    d.  Failed to insert a warning or instruction that parents needed to be provided an informed choice between the safety of human milk versus the dangers of the defendant's cow based product; and/or

    e.  Failed to provide instructions that parents needed to know that the defendant's product carried a significant risk that its cow-based product could cause their baby to develop N.E.C. and die; and/or

    f.  The warnings and instructions are severely inadequate, vague, confusing, and provide a false sense of security in that they warn and instruct specifically on certain conditions, but do not warn on cow-based formula significantly involving the risk of N.E.C. and death or providing any details on how to avoid such harm; and/or

    g.  Failed to have a large and prominent "black box" type warning that its cow-based product is known to significantly increase the risk of N.E.C. and death when compared to Human Milk in premature infants; and/or

    h.  Failed to provide well researched and well-established studies that linked its cow-based product to N.E.C. and death in premature infants; and/or

    i.  Failed to cite to or utilize current up to date medical data on the proper and safe use of its product.

B.  Strictly Liable for Defective Product

    a.  Despite knowing that its product would be used on extremely premature infants, like TyLea Hundley, and despite knowing (or should have known) that such use was unreasonably dangerous to extremely premature infants in that its cow based product was significantly increasing the risk of N.E.C. and death, the defendant continued to sell and market its defective product to extremely premature infants;

and/or
b. Over the last several years, scientific data and well researched studies have concluded that the cow based product of the defendant carried unreasonable risks of N.E.C. and death, which far outweighed the product's benefits, yet the defendant continued to market and sell its defective product for extremely premature infants like TyLea Hundley; and/or
c. Failed to develop a human-based milk product which was safer for extremely premature infants.

C. Negligence

Despite knowing that its product was significantly increasing the risk of N.E.C. in premature infants, the defendant was careless and negligent in one or more of the following ways:

a. Failing to collect data to determine if its product was safe for premature infants; and/or
b. Failing to collect data to determine when and how its product could be used safely; and/or
c. Failing to utilize the significant peer reviewed research to develop instructions and/or warnings on how and when its product should be used in order to protect babies from N.E.C. and death; and/or
d. Failing to develop evidence-based guidelines or instructions to decrease the risk of its product causing N.E.C. and death; and/or
e. Failing to provide evidence-based guidelines or instructions to decrease the risk of its product causing N.E.C. and death; and/or
f. Failing to stop or deter its product from being fed to extremely premature infants like TyLea Hundley; and/or
g. Failing to provide evidence based instructions or guidance on when or how an extremely premature infant should be transitioned to the defendant's product; and/or
h. Failed to continuously and vigorously study its cow-based product in order to avoid N.E.C. and death in premature infants; and/or
i. Failing to send out letters with warnings to hospitals, NICUs and doctors that its product was significantly increasing the risk of N.E.C. and death in premature infants; and/or
j. Failing to send out letters with instructions to hospitals, NICUs and doctors on when and how its product should be used to avoid N.E.C. and death; and/or
k. Failing to market and/or sell its product in a way which would protect

the premature infants from N.E.C. and death; and/or

l.  Failed to provide proper training or information to health care providers for safe use of its product; and/or

m.  Failed to take reasonable precautions to prevent premature infants from developing N.E.C. or dying; and/or

n.  Failed to develop a human based premature infant formula; and/or

o.  Failed to properly or promptly notify the FDA that its cow-based product was significantly increasing N.E.C. and death in premature infants.

D.  Misrepresentation

The defendant misrepresented that its cow-based product was safe and beneficial for premature infants when it knew or should have known that its product was unreasonably dangerous and causing N.E.C. and death in premature infants.

E.  Breach of Warranty

The defendant expressly or impliedly breached its warranty that its product was safe to be fed to premature infants, when, in fact, it was extremely dangerous.

F.  Reckless Disregard – Punitive Damages

a.  In violation of Conn. Gen. Stat. Section 52-240b the defendant was reckless in that it continued to market and sell its cow-based product to premature infants when it knew its product was causing death and N.E.C. in these babies; and/or

b.  Intentionally ignored or avoided the more recent scientific data and studies concluding that its product was causing N.E.C. and death so that it could continue to profit from the sale of its product; and/or

c.  Intentionally failed to take protective measures it knew would save premature infants from developing N.E.C. and/or dying; and/or

d.  Intentionally allowed NICUs, hospitals, and doctors to utilize different feeding strategies instead of developing an evidence based nationwide safety plan to prevent its product from causing N.E.C. and death in premature infants; and/or

e.  Continued to claim its product was beneficial to the growth of extremely premature infants when it knew its cow-based product was unnecessarily causing N.E.C. and death in these babies; and/or

    f.   Deliberately withheld important data to the FDA that its product was causing N.E.C. and death in premature infants; and/or

    g.   Failed to promote human based milk and instead continued to promote its dangerous cow-based product for premature infants because it did not have a human based product it could sell.

114.   As a result and proximate cause, the baby, Tylea Hundley, was fed the defendants cow-based product causing the baby to develop N.E.C., which caused the baby's bowels to die and perforate, causing extreme pain, suffering, mental and emotional anguish and distress and ultimately death.

115.   As a further result, the baby was required to undergo and incur medical care and costs and an unsuccessful emergency bedside surgery, where her bowels were opened and she died.

116.   As a further result, she lost her ability to live and grow and enjoy life and participate in all of life's activities.

117.   Also, she lost her ability to earn wages and benefits and suffered an Economic loss.

118.   Also, her Estate incurred burial and funeral expenses.

## <u>COUNT TWO (PRODUCTS LIABILITY AS TO ABBOTT LABORATORIES, INC.)</u>

1.     Paragraphs 1-112 of Count One is realleged here as Paragraphs 1-112 of this Count Two.

113.     The defendant, Abbott Laboratories, Inc., is liable to the plaintiff under the Connecticut Product Liability Act, Conn. Gen. Stat. Section 52-572m, et seq. in one

or more of the following ways:

    A.  Failure to Warn and/or Instruct

        a.  The defendant knew or should have known that its cow-based premature infant formula product would be used, as it was, on extremely premature infants like TyLea Hundley, yet it failed to properly warn hospitals, NICUs, doctors, parents and/or consumers that its cow-based product significantly increases the risk of N.E.C. and death in these babies; and/or

        b.  Was unsafe and/or contra-indicated for extremely premature infants like TyLea Hundley; and/or

        c.  Failed to provide proper instructions or guidelines or studies, or data on when and how to feed its product to premature infants in order to decrease the risk of N.E.C. and/or death; and/or

        d.  Failed to insert a warning or instruction that parents needed to be provided an informed choice between the safety of human milk versus the dangers of the defendant's cow based product; and/or

        e.  Failed to provide instructions that parents needed to know that the defendant's product carried a significant risk that its cow-based product could cause their baby to develop N.E.C. and die; and/or

        f.  The warnings and instructions are severely inadequate, vague, confusing, and provide a false sense of security in that they warn and instruct specifically on certain conditions, but do not warn on cow-based formula significantly involving the risk of N.E.C. and death or providing any details on how to avoid such harm; and/or

        g.  Failed to have a large and prominent "black box" type warning that its cow-based product is known to significantly increase the risk of N.E.C. and death when compared to Human Milk in premature infants; and/or

        h.  Failed to provide well researched and well-established studies that linked its cow-based product to N.E.C. and death in premature infants; and/or

        i.  Failed to cite to or utilize current up to date medical data on the proper and safe use of its product.

    B.  Strictly Liable for Defective Product

        a.  Despite knowing that its product would be used on extremely premature infants, like TyLea Hundley, and despite knowing (or should have known) that such use was unreasonably dangerous to extremely premature infants in that its cow based product was significantly

increasing the risk of N.E.C. and death, the defendant continued to sell
and market its defective product to extremely premature infants;
and/or

b. Over the last several years, scientific data and well researched studies
have concluded that the cow based product of the defendant carried
unreasonable risks of N.E.C. and death, which far outweighed the
product's benefits, yet the defendant continued to market and sell its
defective product for extremely premature infants like TyLea Hundley;
and/or

c. Failed to develop a human-based milk product which was safer for
extremely premature infants.

C.  Negligence

Despite knowing that its product was significantly increasing the risk of N.E.C. in
premature infants, the defendant was careless and negligent in one or more of the
following ways:

a.  Failing to collect data to determine if its product was safe for
premature infants; and/or

b.  Failing to collect data to determine when and how its product could be
used safely; and/or

c.  Failing to utilize the significant peer reviewed research to develop
instructions and/or warnings on how and when its product should be
used in order to protect babies from N.E.C. and death; and/or

d.  Failing to develop evidence-based guidelines or instructions to
decrease the risk of its product causing N.E.C. and death; and/or

e.  Failing to provide evidence-based guidelines or instructions to
decrease the risk of its product causing N.E.C. and death; and/or

f.  Failing to stop or deter its product from being fed to extremely
premature infants like TyLea Hundley; and/or

g.  Failing to provide evidence based instructions or guidance on when or
how an extremely premature infant should be transitioned to the
defendant's product; and/or

h.  Failed to continuously and vigorously study its cow-based product in
order to avoid N.E.C. and death in premature infants; and/or

i.  Failing to send out letters with warnings to hospitals, NICUs and
doctors that its product was significantly increasing the risk of N.E.C.
and death in premature infants; and/or

j.  Failing to send out letters with instructions to hospitals, NICUs and
doctors on when and how its product should be used to avoid N.E.C.

and death; and/or

k.  Failing to market and/or sell its product in a way which would protect the premature infants from N.E.C. and death; and/or

l.  Failed to provide proper training or information to health care providers for safe use of its product; and/or

m.  Failed to take reasonable precautions to prevent premature infants from developing N.E.C. or dying; and/or

n.  Failed to develop a human based premature infant formula; and/or

o.  Failed to properly or promptly notify the FDA that its cow-based product was significantly increasing N.E.C. and death in premature infants.

D.  Misrepresentation

The defendant misrepresented that its cow-based product was safe and beneficial for premature infants when it knew or should have known that its product was unreasonably dangerous and causing N.E.C. and death in premature infants.

E.  Breach of Warranty

The defendant expressly or impliedly breached its warranty that its product was safe to be fed to premature infants, when, in fact, it was extremely dangerous.

F.  Reckless Disregard – Punitive Damages

a.  In violation of Conn. Gen. Stat. Section 52-240b the defendant was reckless in that it continued to market and sell its cow-based product to premature infants when it knew its product was causing death and N.E.C. in these babies; and/or

b.  Intentionally ignored or avoided the more recent scientific data and studies concluding that its product was causing N.E.C. and death so that it could continue to profit from the sale of its product; and/or

c.  Intentionally failed to take protective measures it knew would save premature infants from developing N.E.C. and/or dying; and/or

d.  Intentionally allowed NICUs, hospitals, and doctors to utilize different feeding strategies instead of developing an evidence based nationwide safety plan to prevent its product from causing N.E.C. and death in premature infants; and/or

e.  Continued to claim its product was beneficial to the growth of

extremely premature infants when it knew its cow-based product was unnecessarily causing N.E.C. and death in these babies; and/or

f.  Deliberately withheld important data to the FDA that its product was causing N.E.C. and death in premature infants; and/or

g.  Failed to promote human based milk and instead continued to promote its dangerous cow-based product for premature infants because it did not have a human based product it could sell.

114.    Paragraphs 114-118 of Count One is realleged here as Paragraphs 114-118 of this Count Two.

WHEREFORE, Plaintiff demands:

a)  Fair, just and adequate money damages;
b)  As to the reckless allegations, punitive damages up to twice the damages pursuant to 52- 240b; and
c)  Such other relief as the Court deems just and proper.

THE PLAINTIFF

By
Stephen M. Reck
The Law Firm of Stephen M. Reck and Scott
D. Camassar, LLC
P.O. Box 431
North Stonington, CT 06359
860-535-4040
860-535-3434 facsimile
attorneyreck@yahoo.com
Juris No. 405481
Dated 4.22.2020

**<u>CERTIFICATION</u>**

I hereby certify that on this 22nd day of April, 2020, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Stephen M. Reck 405481</u>

Stephen M. Reck